# In the United States Court of Federal Claims

No. 04-1575C

(Filed: October 12, 2006)

```
****************************************  *
                                          *
TIMOTHY T. AGEE et al.,                   *
                                          *
                    Plaintiffs,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

## PRE-TRIAL ORDER

On Thursday, October 12, 2006 the Court held a status hearing with counsel for the parties to discuss the posture of the case and to develop a schedule for future proceedings. With the assistance of counsel, the Court established the following schedule:

1. Trial shall begin on December 18, 2006 at 9:30 AM in at the National Courts Building at 717 Madison Place, NW in Washington DC. The Court will allot two days, through December 19, 2006, for trial. Trial will encompass all issues of liability and damages pending in this action.

2. On or before November 20, 2006, counsel for the parties shall file with the Court the following information:

    a. Stipulations of all uncontested material facts, in the format of numbered paragraphs, signed by counsel of record for both parties.

    b. A separate statement by each party of the contested factual issues to be addressed at trial, and as to each issue, the contentions of fact that the party expects to prove at trial.

c. A statement of the proposed conclusions of law that each party believes will be established, along with the citation to the lead cases, statutes, or regulations that each party relies upon.

d. A list of exhibits, numbered in chronological order, that each party expects to offer into evidence at trial. Complete copies of exhibits shall be exchanged with the opposing party on or before November 20, 2006. Except for cross-examination or rebuttal exhibits, any exhibit not included on the list filed with the Court will not be admitted at trial.

e. A list of the persons expected to be called as witnesses at trial, including the full name and address of each person, and a brief description of the subject matter of the person's testimony. Except for rebuttal witnesses, any person not included on the witness list will not be permitted to testify at trial.

3. On or before December 8, 2006, counsel for the parties shall file with the Court the following additional information:

a. Objections, if any, to the exhibits received from opposing counsel, indicating the nature of the objection lodged, and the applicable Rule of the Federal Rules of Evidence relied upon for each objection. All exhibits to which no objection is lodged shall be admitted into evidence at the beginning of the trial. All other exhibits may be offered into evidence individually as the trial progresses. In the course of identifying trial exhibits and objections thereto, counsel are requested to coordinate their efforts to eliminate duplicate exhibits.

b. Any other objection or response to the information provided by the opposing party under paragraph 2 above.

4. Each party should furnish to the Court at the beginning of trial a copy of the exhibits to which there is no objection, and which shall be admitted into evidence at the beginning of the trial. Each party also should have sufficient copies of exhibits at trial to provide a complete set to the Court reporter for use during trial, and for use by witnesses while testifying.

5. Any party desiring to file a pretrial motion, including a motion *in limine* or a motion for summary judgment, shall do so sufficiently in advance of trial so that the motion may be fully briefed and considered by the Court. The existence of any pending motion will not under any circumstances serve to delay the start of trial.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge