IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 04-1575C |
| | ) | Judge Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Timothy T. Agee, *et al*., respectfully move this Court for partial summary judgment on the issue of liability pursuant to, 28 U.S.C. Section 1346(a)(2); 5 U.S.C. Sections 5545b, 5551, 5552, 5596, 5942, 6303, 6304, 6306, 6307, 6308; the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207(a), (o) (k), 216(b); and 5 C.F.R. §550.1305.

The plaintiffs bring this action because the Government has failed to pay and disburse to them their proper Offshore Allowance, Title 5 overtime compensation, FLSA overtime, annual leave, sick leave, retirement benefits and thrift savings plan contributions. The record of undisputed facts as supported by the Uncontroverted Facts, depositions of the defendant's 30(b)(6) representatives, sworn declaration, exhibits and the applicable law discussed in the memorandum of law, establish: (1) the defendant has failed to properly compensate the fire fighters' their offshore allowance under 5 U.S.C. §§5942, 5596; (2) the defendant has failed to properly calculated,

disburse, and compensate the fire fighters' annual leave and sick leave pursuant to 5 U.S.C. §6303, 6307; (3) the defendant has failed to properly calculate, disburse, and contribute the fire fighters' retirement benefits under 5 C.F.R. §550.1305; and (4) the defendant has failed to properly calculate, disburse, and contribute to the fire fighters' thrift savings plan under 5 U.S.C. §§8432 and 8432a; (5) the defendant has failed to properly compensate the fire fighters under 5 U.S.C. § 5545b; and (6) the defendant has failed to pay the fire fighters overtime compensation at one and one-half times their regular rate of pay for all overtime hours worked as required by 29 U.S.C. §207(a) and (k), and 5 U.S.C. 5545b.

In the event the instant motion is granted, Plaintiffs further request a reasonable period of time, e.g., forty five days in which to explore the prospect of resolving the issues related to damages without the necessity of further litigation.

A Memorandum of Law with Uncontroverted Statement of Material Facts, declaration, deposition transcripts and attached exhibits are submitted herewith in support of this Motion.

Respectfully submitted,

Dated: November 3, 2006 ____s/David Ricksecker___

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel