# ATTACHMENT
# B

This page can be found on the web at the following url:
http://www.opm.gov/oca/leave/html/annual.asp

**U.S. Office of Personnel Management**
**Ensuring the Federal Government has an effective civilian workforce**

# Annual Leave

An employee may use annual leave for vacations, rest and relaxation, and personal business or emergencies. An employee has a right to take annual leave, subject to the right of the supervisor to schedule the time at which annual leave may be taken. An employee will receive a lump-sum payment for accumulated and accrued annual leave when he or she separates from Federal service or enters on active duty in the armed forces and elects to receive a lump-sum payment.

**Accrual Rates**
**Accrual Rates for SES, SL/ST, or Equivalent Pay Systems**
**Creditable Service for Leave Accrual**
**Advance Annual Leave**
**Annual Leave Ceilings**
**Restoration of Annual Leave**
**Lump-sum Payments**
**Annual Leave to Establish Retirement Eligibility**
**References**

---

## Accrual Rates

| Employee Type | *Less than 3 years of service** | *3 years but less than 15 years of service** | *15 or more years of service** |
|---|---|---|---|
| Full-time employees | ½ day (4 hours) for each pay period | 3/4 day (6 hours) for each pay period, except 1¼ day (10 hours) in last pay period | 1 day (8 hours) for each pay period |
| Part-time employees** | 1 hour of annual leave for each 20 hours in a pay status | 1 hour of annual leave for each 13 hours in a pay status | 1 hour of annual leave for each 10 hours in a pay status |
| Uncommon tours of duty** | (4 hours) **times** (average # of hours per biweekly pay period) **divided by** 80 = biweekly accrual rate.*** | (6 hours) **times** (average # of hours per biweekly pay period) **divided by** 80 = biweekly accrual rate.*** | (8 hours) times (average # of hours per biweekly pay **period) divided by** 80 = biweekly accrual rate. *** |

* See Creditable Service for Leave Accrual

** Leave is prorated for part-time employees and employees on uncommon tours of duty.

*** In computing leave accrual for uncommon tours of duty, the accrual rate for the last full pay period in a calendar year must be adjusted to ensure the correct amount of leave is accrued.

---

## Creditable Service for Leave Accrual

**Civilian Service**
All civilian service that is *potentially* creditable for Civil Service Retirement Service (CSRS) purposes, including service covered by the Federal Employee Retirement Service (FERS) is also creditable for annual leave accrual. Potentially creditable service includes service that *could* be credited if the employee made deposits to the retirement fund. Such deposits are *not required* before the employee gets credit for annual leave accrual purposes. (See OPM's Guide to Processing Personnel Actions, Chapter 6 - Creditable Service for Leave Accrual Help.)

**Uniformed Service**

- For non-retired members, full credit for uniformed service (including active duty and active duty for training) performed under honorable conditions is given for annual leave accrual purposes.
- For retirees, annual leave accrual credit is given only for:

  Actual service during a war declared by Congress (includes World War II covering the period December 7, 1941, to April 28, 1952) or while participating in a campaign or expedition for which a campaign badge is authorized. (See Vets Guide -- War Service Creditable for Veterans Preference.)

  **or**

  All active duty when retirement was based on a disability received as a direct result of armed conflict or caused by an instrumentality of war and incurred in the line of duty during a period of war as defined in 38 U.S.C. 101 (11). "Period of war" includes World War II, the Korean conflict, Vietnam era, the Persian Gulf War, or the period beginning on the date of any future declaration of war by the Congress and ending on the date prescribed by Presidential proclamation or concurrent resolution of the Congress.

**Non-Federal Service or Uniformed Service**

A newly appointed or reappointed employee may receive service credit for prior non-Federal service or active duty uniformed service that otherwise would not be creditable for the purpose of determining his or her annual leave accrual under the conditions prescribed in 5 CFR 630.205. See CPM 2005-07.

---

## Advance Annual Leave

Supervisors may grant advance annual leave consistent with agency policy. The amount of annual leave that may be advanced is limited to the amount of annual leave an employee would accrue in the remainder of the leave year. Employees do not have an entitlement to advance annual leave. In most cases, when an employee who is indebted for advance annual leave separates from Federal service, he or she is required to refund the amount of advance leave for which he or she is indebted.

---

## Annual Leave Ceilings

| **Maximum Annual Leave That May Be Carried Over** |
|---|

| into the New Leave Year | |
|---|---|
| Federal Employees Stationed within the United States | 30 days |
| Federal Employees Stationed Overseas | 45 days |
| Members of the Senior Executive Service | 90 days |

Any accrued annual leave in excess of the maximum allowed by law will be forfeited. Forfeited annual leave may be restored under 5 U.S.C. 6304(d). (See Restoration of Annual Leave.)

---

## Annual Leave to Establish Retirement Eligibility

An employee may use annual leave to establish initial eligibility for retirement in reduction-in-force and other restructuring situations. An employee who has received a specific notice of termination in a RIF situation may use annual leave past the date the employee would otherwise have been separated in order to establish initial eligibility for immediate retirement, including discontinued service or voluntary early retirement.

---

## References

5 U.S.C. chapter 63, subchapter I
5 CFR 351.606
5 CFR part 630, subparts B and C
Comptroller General opinions:
16 Comp. Gen. 481 (1936), 39 Comp. Gen. 611 (1960) --absolute right
    B-189085 (04/03/78), 57 Comp. Gen. 325 (1978),
        58 Comp Gen. 684 (1979)--forfeiture
    B-213380 (08/20/84), B-256975 (10/11/94)--restoration
    B-188993 (12/12/77), 56 Comp. Gen. 470 (1977), 60 Comp. Gen. 598
        (1981), B-221265 (06/02/86)--general information.


- To Leave Administration Main Page


**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800 | TTY (202) 606-2532