# EXHIBIT
# 1

REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.

2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.

3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: Raymond B. Mathews SSN: [redacted]

DOB: 2-8-58 GRADE/STEP: GS-6/9

2. ACTION REQUESTED WORK SCHEDULE CHANGE - 144 HOUR WORK WEEK WILL CHANGE TO 168 HOUR WORK WEEK

3. FROM: 6 DAY WORK WEEK + Locality & Station (Shift) 10 A

TO: 7 DAY WORK WEEK + Locality & Station (Shift) 10 A

GAD#: FROM ________ TO ________

4. Effective Date: 3-15-98

5. CONCURRENCE CYCLE:

a. SUPPRESSION:

Station Captain ________ Date ________

Battalion Chief R.D. Holladay Date 2/5/04

Training Officer ________ Date ________

Assistant Chief ________ Date ________

b. PREVENTION:

Asst Fire Prev Chief ________ Date ________

Training Officer ________ Date ________

Fire Prevention Chief ________ Date ________

---

FOR ADMINISTRATIVE USE ONLY

FFD# Request Number ________ Effective Date ________

Duty Station: From ________ To ________

PD#: From ________ To ________

EXHIBIT Greeley 20 PENGAD 800-631-6989

SCI - 000005

ATTACHMENT A

FROM : FED FIRE SCI D FAX NO. :

## REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.
2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.
3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: Charles A. Ricks SSN: [redacted]
   DOB: 2-21-55 GRADE/STEP: GS-7/8
2. ACTION REQUESTED WORK SCHEDULE CHANGE 144 Hour Work WEEK TO 168 Hour work WEEK
3. FROM: 6 DAY WORK WEEK + Locality $ Station 10A (Shift)
   TO: 7 DAY WORK WEEK + Locality $ Station 10A (Shift)
   GAD#: FROM ______ TO ______
4. Effective Date: 3-15-98
5. CONCURRENCE CYCLE:
   a. SUPPRESSION:
      Station Captain ______ Date ______
      Battalion Chief R.D. Holladay Date 2/5/04
      Training Officer ______ Date ______
      Assistant Chief ______ Date ______
   b. PREVENTION:
      Asst Fire Prev Chief ______ Date ______
      Training Officer ______ Date ______
      Fire Prevention Chief ______ Date ______

---

FOR ADMINISTRATIVE USE ONLY

PFD# Request Number ______ Effective Date ______

Duty Station: From ______ To ______

PD#: From ______ To ______

SCI - 000007

ATTACHMENT A

# REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.

2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.

3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: John W. Prey SSN: [redacted]

   DOB: 6-27-47 GRADE/STEP: GS-6/10

2. ACTION REQUESTED WORK SCHEDULE CHANGE - 144 HOUR WORK WEEK WILL CHANGE TO 168 HOUR WORK WEEK

3. FROM: 6 DAY WORK WEEK + Locality % Station (Shift) 11 A

   TO: 7 DAY WORK WEEK + Locality % Station (Shift) 11 A

   GAD#: FROM ______ TO ______

4. Effective Date: 3-15-98

5. CONCURRENCE CYCLE:

   a. SUPPRESSION:
      Station Captain ______ Date ______
      Battalion Chief R.D. [signature] Date 2/5/04
      Training Officer ______ Date ______
      Assistant Chief ______ Date ______

   b. PREVENTION:
      Asst Fire Prev Chief ______ Date ______
      Training Officer ______ Date ______
      Fire Prevention Chief ______ Date ______

---

FOR ADMINISTRATIVE USE ONLY

FFD# Request Number ______ Effective Date ______

Duty Station: From ______ To ______

PD#: From ______ To ______

# REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.

2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.

3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: Steve M. Schilling SSN: [redacted]

   DOB: 10-14-55 GRADE/STEP: GS-6/9

2. ACTION REQUESTED WORK SCHEDULE CHANGE - 144 HOUR WORK WEEK WILL CHANGE TO 168 HOUR WORK WEEK

3. FROM: 6 DAY WORK WEEK + Locality % Station 11 A (Shift)

   TO: 7 DAY WORK WEEK + Locality % Station 11A (Shift)

   GAD#: FROM ________ TO ________

4. Effective Date: 3-15-98

5. CONCURRENCE CYCLE:

   a. SUPPRESSION:
      Station Captain ________ Date ________
      Battalion Chief RD Holl[signature] Date 2/5/04
      Training Officer ________ Date ________
      Assistant Chief ________ Date ________

   b. PREVENTION:
      Asst Fire Prev Chief ________ Date ________
      Training Officer ________ Date ________
      Fire Prevention Chief ________ Date ________

---

FOR ADMINISTRATIVE USE ONLY

FFD# Request Number ________ Effective Date ________

Duty Station: From ________ To ________

PD#: From ________ To ________

SCI - 000009

# REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.

2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.

3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: Timothy T. Agee SSN: [redacted]

   DOB: ______ GRADE/STEP: GS-6/8

2. ACTION REQUESTED WORK SCHEDULE CHANGE - 144 HOUR WORK WEEK WILL CHANGE TO 168 HOUR WORK WEEK

3. FROM: 6 DAY WORK WEEK + Locality % Station (Shift) 11B

   TO: 7 DAY WORK WEEK + Locality % Station (Shift) 11B

   GAD#: FROM ______ TO ______

4. Effective Date: 3-15-98

5. CONCURRENCE CYCLE:

   a. SUPPRESSION:
      - Station Captain ______ Date ______
      - Battalion Chief R.D. Holdeby Date 2/5/04
      - Training Officer ______ Date ______
      - Assistant Chief ______ Date ______

   b. PREVENTION:
      - Asst Fire Prev Chief ______ Date ______
      - Training Officer ______ Date ______
      - Fire Prevention Chief ______ Date ______

---

FOR ADMINISTRATIVE USE ONLY

FFD# Request Number ______ Effective Date ______

Duty Station: From ______ To ______

PD#: From ______ To ______

FROM : FED FIRE SCI D FAX NO. : Feb. 10 2004 02:00PM P21

# REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.
2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.
3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: Sabbas K. Robinson SSN: [redacted]
   DOB: ____________ GRADE/STEP: GS-6/7
2. ACTION REQUESTED WORK SCHEDULE CHANGE - 144 HOUR WORK WEEK WILL CHANGE TO 168 HOUR WORK WEEK
3. FROM: 6 DAY WORK WEEK + Locality % Station (Shift) 11 B
   TO: 7 DAY WORK WEEK + Locality % Station (Shift) 11 B
   GAD#: FROM ____________ TO ____________
4. Effective Date: 3-15-98
5. CONCURRENCE CYCLE:
   a. SUPPRESSION:
      Station Captain ____________ Date ____________
      Battalion Chief R.D. Halderly Date 2/5/04
      Training Officer ____________ Date ____________
      Assistant Chief ____________ Date ____________
   b. PREVENTION:
      Asst Fire Prev Chief ____________ Date ____________
      Training Officer ____________ Date ____________
      Fire Prevention Chief ____________ Date ____________

---

FOR ADMINISTRATIVE USE ONLY

FFD# Request Number ____________ Effective Date ____________

Duty Station: From ____________ To ____________

PD#: From ____________ To ____________

SCI - 0000020

FROM : FED FIRE SCI D FAX NO. : FEB. 10 2004

Anna

REQUEST FOR COMPLETION OF SF-52 - PERSONNEL ACTION

1. Name, Social Security Number, Date of Birth (DOB) and Grade/Step.
2. Action requested is the desired personnel change. This includes change in duty station (not called a transfer), promotion, (not called upgrade), change of RDO, resignation, and other miscellaneous personnel actions.
3. Please provide all requested information three weeks prior to effective date. If employee is changing their RDO or duty station please make sure you submit a work schedule change along with the 52 form.

---

1. NAME: Laurence D. Long SSN: [redacted]

DOB: ______ GRADE/STEP: GS-7/8

2. ACTION REQUESTED WORK SCHEDULE CHANGE - 144 HOUR WORK WEEK WILL CHANGE TO 168 HOUR WORK WEEK

3. FROM: 6 DAY WORK WEEK + Locality $ Station 11B (Shift)

TO: 7 DAY WORK WEEK + Locality $ Station 11B (Shift)

GAD#: FROM ______ TO ______

4. Effective Date: 3-15-98

5. CONCURRENCE CYCLE:

a. SUPPRESSION:

Station Captain ______ Date ______

Battalion Chief R.D. Hollerly Date 2/5/04

Training Officer ______ Date ______

Assistant Chief ______ Date ______

b. PREVENTION:

Asst Fire Prev Chief ______ Date ______

Training Officer ______ Date ______

Fire Prevention Chief ______ Date ______

---

FOR ADMINISTRATIVE USE ONLY

FFD# Request Number ______ Effective Date ______

Duty Station: From ______ To ______

PD#: From ______ To ______

SCI - 0000018

ATTACHMENT A