# EXHIBIT
# 2

**Battalion #3 SCI 7+7 Work Schedule**
**A DIVISION**

Employee Name : Gregory B. Keller

Effective Date:

Employee ID# : [redacted]

## PAY PERIOD TOUR OF DUTY

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ R.D. Holderby DATE: 2/5/04
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddeniega

## Battalion #3 SCI 7+7 Work Schedule
A DIVISION

Employee Name : John F. Cunningham

Effective Date:

Employee ID# : [redacted]

**PAY PERIOD TOUR OF DUTY**

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |
| | SUN | MON | TUE | WED | THU | FRI | SAT |
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ DATE:
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddeniega

Battalion #3 SCI 7+7 Work Schedule
A DIVISION

Employee Name : Christopher E. Swanner

Effective Date:

Employee ID# : [redacted]

**PAY PERIOD TOUR OF DUTY**

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ R.D. Holderby DATE: 2/5/04
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddeniega

Battalion #3 SCI 7+7 Work Schedule
A DIVISION

Employee Name : Raymond B. Mathews

Effective Date:

Employee ID# : [redacted]

## PAY PERIOD TOUR OF DUTY

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | | | | | | 24 HRS | 24 HRS |
| WEEK # 1 | | | | | | | |
| NIGHT DIFF: | | | | | | | |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| WEEK # 2 | | | | | | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ [signature] DATE: 2/5/04
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddenlega

**Battalion #3 SCI 7+7 Work Schedule**
**A DIVISION**

**Employee Name :** Gregory T. Hudgens **Effective Date:**

**Employee ID# :** [redacted]

## PAY PERIOD TOUR OF DUTY

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ R.D. Holderby DATE: 2/5/04
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddeniega

FROM : FED FIRE SCI D FAX NO. :

## Battalion #3 SCI 7+7 Work Schedule
A DIVISION

Employee Name : Jaime Lopez

Effective Date:

Employee ID# : [redacted]

### PAY PERIOD TOUR OF DUTY

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ DATE:
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddenlega

FROM : FED FIRE SCI D FAX NO. : Feb. 10 2004 12:58PM P15

**Battalion #3 SCI 7+7 Work Schedule**
**A DIVISION**

Employee Name : Robert G. Hill

Effective Date:

Employee ID# : [redacted]

## PAY PERIOD TOUR OF DUTY

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ R.D. Holderby DATE: 2/5/04
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddeniega

Battalion #3 SCI 7+7 Work Schedule
A DIVISION

Employee Name : James S. Goleta

Effective Date:

Employee ID# : [redacted]

**PAY PERIOD TOUR OF DUTY**

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 1 | | | | | | 24 HRS | 24 HRS |
| NIGHT DIFF: | | | | | | | |

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| WEEK # 2 | 24 HRS | 24HRS | 24HRS | 24HRS | 24 HRS | | |
| NIGHT DIFF: | | | | | | | |

SUPERVISOR SIGNATURE: R.D. HOLDERBY/ R.D. Holderby DATE: 2/5/04
(Type/Print Name)

Phone Number: 524-9210

SOUTHWEST REGION PUBLIC SAFETY RESOURCE MANAGEMENT

2/5/04vddeniega