# EXHIBIT

# 3

2 March 1998

**MEMORANDUM**

From: Fire Chief, Federal Fire Department San Diego
To: 16th District Vice President, International Association of Firefighters

Subj: IMPLEMENTATION OF BUDGET REDUCTIONS

1. Based on our discussion in our Partnership Meeting on 20 November 1997 and several follow-up discussions through February 1998, the following information is provided as formal notification of our plan of action to be effective 15 March 1998:

a. San Clemente Island work schedule change from 6/8 and 3/4 work shifts to 7/7. This work schedule change will abolish 5 Firefighter positions. The manning at the Island will be 3 supervisory positions and 22 Lead/Driver/Firefighter positions.

3.

4. I would appreciate your support and assistance implementing the above. If you have any questions, please contact Debbie McHan, Business Manager, at 524-2819.

D.W. INMAN

EXHIBIT
Greeley 10
PENGAD 800-631-6989