# EXHIBIT

# 4

FEDERAL FIRE DEPARTMENT

# Memo

**To:** ALL SUPERVISORS

**From:** W. Egidi, Assistant Fire Chief

**CC:** D. Martineau, Deputy Fire Chief

**Date:** 03/03/98

**Re:** IMPLIMENTATION OF BUDGET SAVING PROPOSALS

---

1. Based on our discussion in our Partnership Meeting on 20 November 1997 and several follow-up discussions through February 1998, the following information is provided as formal notification of our plan of action to be effective 15 March 1998:

a. San Clemente Island work schedule change from 6/8 and 3/4 work shifts to 7/7. The manning at the Island will be 3 supervisory positions and 22 Lead/Driver/Firefighter positions.

b. All overtime be performed at Imperial Beach, Station 4 and 5, personnel working overtime would be released when airfield is closed.

c. Going to 4/3 manning (the shift before) at double engine stations prior to hiring overtime.

2. I would appreciate your support and assistance implementing the above. Amplifying information will be forwarded to all supervisors.

W Egidi

W. Egidi

EXHIBIT
PENGAD 800-631-6989
Greeley 11