# EXHIBIT
# 5

```
Dataset: C[illegible] CD #3
REPORT NO[illegible]67R01                           EMPLOYEE HIS[illegible]PORT                                                   [illegible]4587
REPORT DA[illegible]/26/98 14:30
SSN           NAME                              QUARTER ENDING
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   HENNING MICHAEL V                   03/14/98
DOB 06/02/58  TSP SCD 07/17/87 TSP VEST CD 3  TSP ELIG DT 07/03/88 S/L BAL FERS           M/A IDC N  USUHS RETIREMENT PLAN
*********************************************     SUPPLEMENTAL/ENTITLEMENT HISTORY   *****************************************
(1)  REC TYP    DT EFF  PLAN/GR/ST  G/U IDC  HRY RAT   ANL AMT    FLSA  STA CD-NTE  TYP  RET  WKD SCH PCA STA       GLO     EOD DT
(2)   SCD LV      NOAC     PRD-NTE     SPID   CTZ CD   ANT IDC 10/2 RAT   TSP 10/2  TSP RAT      ORG     ACT  UPDATE ID UPDATE DT
(3)  DIS IDC  NEW HIRE    T-POS CD  NTE HRS   HRS TD   NTE AMT   AMT TD   T-ASG CD  T-NTE DT  SEP CD ANT RAT   ANT AMT  ASRK RAT
(4)  SCL DAY   SCH RAT   CL RM RAT   CL DAY  LOC PCT   LOC AMT  CIV TYP  SVCNG AGY PROTRLEND AUT CD1 AUT CD2  LAST INC   RET IDC
(5)  RTND PP  RTND GR    RTND STP   OCC SER  LEO IDC   RSV CAT BW-PY-LT   OT-HR-LT BWKLY-HRS  PY-TBL SPL-EMP
(6)  ALT-RT1   ALT-RT2    R-TABLE   R-LOC%
(1)        P  01/04/98  GS /06/06         G    13.73  28645.00         N  A          F    M        F       N  063249037  05/03/92
(2) 07/20/83      0894  0                00        1         9                         13.73  ABS50    000242    P3535   01/08/98
(4)                                              .10   2677.00                 NV                     BWE          07/20/97         0
(5)                                     0081       0         Y  3987.20       26.42    144.00

ENT CD YN     PERCENT          AMOUNT              RATE      8.50    NTE DT               CAT CD     AMOUNT TD
ENT CD YT     PERCENT 25.00    AMOUNT  7161.25     RATE              NTE DT               CAT CD     AMOUNT TD
(1)        P  10/01/97  GS /06/06         G    13.31  27784.00         N  A          F    M        F       N  063249037  05/03/92
(2) 07/20/83      0800  0                00        1         9                         13.31  ABS50    000242  CP1UPAU   11/21/97
(4)                                              .09   2401.00                 NV                     BWE          07/20/97         0
(5)                                     0081       0         Y  3867.20       25.62    144.00

ENT CD YN     PERCENT          AMOUNT              RATE      8.50    NTE DT               CAT CD     AMOUNT TD
ENT CD YT     PERCENT 25.00    AMOUNT  6946.00     RATE              NTE DT               CAT CD     AMOUNT TD
*****************************************************  LEAVE HISTORY  ***********************************************************
(1)        LA BAL     LS BAL      LA ACR     LS ACR     CE BAL   CEIL IDC    CEIL HRS  LA CR RED  LS CR RED     LM BAL  NONPAY YTD
(2)        LA CYV     LS CYV      LR BAL    TERM DT     LQ BAL    TERM DT      LP BAL    TERM DT                        NONPAY WGI
(3)        CR BAL     CD BAL      LJ CYV     LJ BAL    TERM DT     LK BAL      LL BAL     LL YTD     LL ACR     LT YTD      KD YTD
(4)        LD BAL  LD/DA ACR  LD/DA A/U  LD/DS ACR  LD/DS A/U     LD IDC  LD RCV TD  LD MX ACR     LY BAL   INT DAYS     INT HRS
(5) FM LV AUTH  FM USED TD      FM BAL  FM NTE DT     LH YTD     LN YTD  NL LES YTD     KG YTD
(6) LV EXC IDC  LA PD/OWED      LA FFT  LS PD/OWED    LS FFT      CE PD      CE FFT      CD PD     CD FFT CR PD/OWED      CR FFT
(7)    LBK-MBR  LBK-DT-EFF  LBK-RECTD     LBK-PP    LBK-YTD     LBK-TD     LBK-FFT    LBK-BAL LBK-DN-YTD LBK-DN-R1   LBK-DN-R2
(8)  LBK-DN-R3  LBK-DN-BC  LK ACR EFF  LK ACR RT  LK USE DT LK ACR NTE  LK NONPAY LS UNAVAIL  GF-CT BAL
PPE 03/14/98  PP# 06  LP# 05                                            - -        /  /      :
(1)     152.00     185.00      11.00       7.00                           1      432.00
(4)                                                                        N
(6)          0
(7)          N       /  /
(8)                            /  /                     /  /      /  /
PPE 02/28/98  PP# 05  LP# 04                                            - -        /  /      :
(1)     141.00     178.00      11.00       7.00                           1      432.00
(4)                                                                        N
(6)          0
(7)          N       /  /
(8)                            /  /                     /  /      /  /

         THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.
```

SCI - 000002037

```
Dataset: CP1198 CD #3
REPORT NO[redacted]67R01                          EMPLOYEE HIS[redacted]PORT                                        [redacted]4588
REPORT DA[redacted]26/98 14:30
SSN          NAME                              QUARTER ENDING
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  HENNING MICHAEL V                    03/14/98
**************************************************** LEAVE HISTORY   ************************************************
(1)      LA BAL      LS BAL      LA ACR      LS ACR      CE BAL    CEIL IDC    CEIL HRS  LA CR RED  LS CR RED      LM BAL   NONPAY YTD
(2)      LA CYV      LS CYV      LR BAL     TERM DT      LQ BAL     TERM DT      LP BAL    TERM DT                          NONPAY WGI
(3)      CR BAL      CD BAL      LJ CYV      LJ BAL     TERM DT      LK BAL      LL BAL     LL YTD     LL ACR      LT YTD       KD YTD
(4)      LD BAL  LD/DA ACR   LD/DA A/U   LD/DS ACR   LD/DS A/U      LD IDC   LD RCV TD  LD MX ACR     LY BAL    INT DAYS      INT HRS
(5)  FM LV AUTH  FM USED TD      FM BAL  FM NTE DT      LH YTD      LN YTD   NL LES YTD     KG YTD
(6)  LV EXC IDC  LA PD/OWED      LA FFT  LS PD/OWED     LS FFT       CE PD      CE FFT      CD PD     CD FFT  CR PD/OWED       CR FFT
(7)     LBK-MBR  LBK-DT-EFF  LBK-RECTD      LBK-PP    LBK-YTD      LBK-TD     LBK-FFT   LBK-BAL  LBK-DN-YTD  LBK-DN-R1    LBK-DN-R2
(8)   LBK-DN-R3  LBK-DN-BC  LK ACR EFF  LK ACR RT  LK USE DT LK ACR NTE  LK NONPAY LS UNAVAIL  GF-CT BAL
PPE 02/14/98  PP# 04  LP# 03
(1)      130.00      195.00      11.00        7.00                   - -        /  /         :
(4)                                                                   1     432.00
(6)           0                                                       N
(7)           N      /  /
(8)                             /  /                     /  /      /  /
PPE 01/31/98  PP# 03  LP# 02
(1)      119.00      188.00      11.00        7.00                   - -        /  /         :
(4)                                                                   1     432.00
(6)           0                                                       N
(7)           N      /  /
(8)                             /  /                     /  /      /  /
PPE 01/17/98  PP# 02  LP# 01
(1)      132.00      181.00      11.00        7.00                   - -        /  /         :
(4)                                                                   1     432.00
(6)           0                                                       N
(7)           N      /  /
(8)                             /  /                     /  /      /  /
PPE 01/03/98  PP# 01  LP# 26
(1)      136.00      174.00      11.00        7.00                   - -        /  /         :
(4)                                                                   1     432.00
(6)           0                                                       N
(7)           N      /  /
****************************************************   TIME HISTORY   ***********************************************
SSN  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
 DATE    AWS   DATE    TA SG          SFT EH  NIGHT   UPDATE   COP  CRTFY       CRTFY    CRTFY  ALT
WORKED   CD     ADJ    CD IDC  HOURS  CD  CD  DIFF      ID     INUM   ID          DTE      TME   IDC
PPE 03/14/98  PP#                                                    - -         /  /       :
03/01/98               RG      24.00   0                CP1URTN
03/02/98               RG      24.00   0                CP1URTN
03/03/98               OU       9.00   0                CP1URTN
03/11/98               RG      24.00   0                CP1URTN
                 THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.
```

SCI - 000002038

Dataset: CP1198 CD #3

REPORT NO[illegible]57R01
REPORT DA[illegible]26/98 14:30

EMPLOYEE HIS[illegible]ORT [illegible]589

SSN NAME
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 HENNING MICHAEL V

QUARTER ENDING 03/14/98

*************************************************** TIME HISTORY ****************************************************

SSN 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

| DATE WORKED | AWS CD | DATE ADJ | TA CD | SG IDC | HOURS | SFT CD | EH CD | NIGHT DIFF | UPDATE ID | COP INUM | CRTFY ID | CRTFY DTE | CRTFY TME | ALT IDC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE 03/14/98 | | PP# | | | | | | | | | - - | / / | : | |
| PPE 03/14/98 | | PP# | | | | | | | | | - - | / / | : | |
| 03/12/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 03/13/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 03/14/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| PPE 02/28/98 | | PP# | | | | | | | | | - - | / / | : | |
| 02/15/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/16/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/17/98 | | | OU | | 2.00 | 0 | | | CP1URTN | | | | | |
| 02/25/98 | | | LS | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/26/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/27/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/28/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| PPE 02/14/98 | | PP# | | | | | | | | | - - | / / | : | |
| 02/01/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/02/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/11/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/12/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/13/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 02/14/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| PPE 01/31/98 | | PP# | | | | | | | | | - - | / / | : | |
| 01/18/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/19/98 | | | LA | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/28/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/29/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/30/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/31/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| PPE 01/17/98 | | PP# | | | | | | | | | - - | / / | : | |
| 01/04/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/05/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/06/98 | | | OU | | 9.00 | 0 | | | CP1URTN | | | | | |
| 01/14/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/15/98 | | | RG | | 9.00 | 0 | | | CP1URTN | | | | | |
| 01/15/98 | | | LA | | 15.00 | 0 | | | CP1URTN | | | | | |
| 01/16/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/17/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

SCI - 000002039

Dataset: [illegible]CD #3

REPORT NO[illegible]67R01 EMPLOYEE HIS[illegible]PORT [illegible]4590
REPORT DATE: 06/26/98 14:30

SSN NAME QUARTER ENDING
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 HENNING MICHAEL V 03/14/98

************************************************ TIME HISTORY ************************************************

SSN 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

| DATE WORKED | AWS CD | DATE ADJ | TA CD | SG IDC | HOURS | SFT CD | EH CD | NIGHT DIFF | UPDATE ID | COP INUM | CRTFY ID | CRTFY DTE | CRTFY TME | ALT IDC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE 01/03/98 | | PP# | | | | | | | | | - - | / / | : | |
| 12/21/97 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 12/22/97 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 12/23/97 | | | OU | | 9.00 | 0 | | | CP1URTN | | | | | |
| 12/31/97 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/01/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/02/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |
| 01/03/98 | | | RG | | 24.00 | 0 | | | CP1URTN | | | | | |

************************************************ PAY HISTORY ************************************************

| ADJ DT EFF | ADJ IDC | PAY CD | ID | RSN IDC | HOURS | AMOUNT | SYS GEN | ADJ DT EFF | ADJ IDC | DED CD | DED ID | RSN IDC | DED PAYEE | AMOUNT | SYS GEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE 03/14/98 | | PP# 06 | EARNINGS | | | | | | | | | DEDUCTIONS | | | |
| | | AA | | | | 1733.76 | | | | AB | | | 322281468 | 1331.49 | |
| | | OZ | | | 9.00 | 309.96 | | | | WB | | | | 25.14 | |
| | | RA | | | 144.00 | 1098.40 | | | | WD | R | | FED | 156.43 | |
| | | UC | M | | | 319.86 | | | | WE | | | CA | 45.41 | |
| | | UD | MG | | | 3.43 | | | | WH | 2 | | | 6.27 | |
| | | UD | MC | | | 10.30 | | | | WI | 2 | | | .50 | |
| | | UF | | | | 25.14 | | | | WJ | 2 | | | 5.40 | |
| | | UG | | | | 3.14 | | | | WK | 2 | | | .31 | |
| | | UI | MC | | | 20.59 | | | | WM | | | | 107.50 | |
| | | UI | MG | | | 6.87 | | | | WP | | | M | 17.85 | |
| | | UJ | | | | 107.50 | | | | XR | AKA | | AK | 10.00 | |
| | | VC | RR | | | 1706.30 | | | | XV | | | MC T | 20.59 | |
| | | VD | CA | | | 1706.30 | | | | XV | | | MG T | 6.87 | |
| | | VF | | | | 1733.76 | | | | | | | | | |
| | | VG | M | | | 1372.80 | | | | | | | | | |
| | | VH | M | | | 1372.80 | | | | | | | | | |
| | | VI | | | | 1733.76 | | | | | | | | | |
| | | YN | | | 6.00 | 51.00 | | | | | | | | | |
| | | YT | | | | 274.40 | | | | | | | | | |
| PPE 02/28/98 | | PP# 05 | EARNINGS | | | | | | | | | DEDUCTIONS | | | |
| | | AA | | | | 1633.66 | | | | AB | | | 322281468 | 1260.09 | |
| | | OZ | | | 2.00 | 209.86 | | | | WB | | | | 23.69 | |
| | | RA | | | 144.00 | 1098.40 | | | | WD | R | | FED | 141.41 | |
| | | UC | M | | | 319.86 | | | | WE | | | CA | 39.40 | |
| | | UD | MG | | | 3.43 | | | | WH | 2 | | | 6.27 | |
| | | UD | MC | | | 10.30 | | | | WI | 2 | | | .50 | |
| | | UF | | | | 23.69 | | | | WJ | 2 | | | 5.40 | |

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

SCI - 000002040

Dataset: [redacted] CD #3

REPORT NO[redacted]67R01 EMPLOYEE HIS[redacted]PORT [redacted]4591
REPORT DA[redacted]/26/98 14:30

SSN NAME QUARTER ENDING
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 HENNING MICHAEL V 03/14/98

*************************************************** PAY HISTORY ***************************************************

| ADJ DT EFF | ADJ IDC | PAY CD | ID | RSN IDC | HOURS | AMOUNT | SYS GEN | ADJ DT EFF | ADJ IDC | DED CD | DED ID | RSN IDC | DED PAYEE | AMOUNT | SYS GEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE 02/28/98 | | PP# 05 | EARNINGS | | | | | | | | | DEDUCTIONS | | | |
| | | UG | | | | 3.14 | | | | WK | 2 | | | .31 | |
| | | UI | MC | | | 20.59 | | | | WM | | | | 101.28 | |
| | | UI | MG | | | 6.87 | | | | WP | | | M | 17.85 | |
| | | UJ | | | | 101.28 | | | | XR | AKA | | AK | 10.00 | |
| | | VC | RR | | | 1606.20 | | | | XV | | | MC T | 20.59 | |
| | | VD | CA | | | 1606.20 | | | | XV | | | MG T | 6.87 | |
| | | VF | | | | 1633.66 | | | | | | | | | |
| | | VG | M | | | 1372.80 | | | | | | | | | |
| | | VH | M | | | 1372.80 | | | | | | | | | |
| | | VI | | | | 1633.66 | | | | | | | | | |
| | | YN | | | 6.00 | 51.00 | | | | | | | | | |
| | | YT | | | | 274.40 | | | | | | | | | |
| PPE 02/14/98 | | PP# 04 | EARNINGS | | | | | | | | | DEDUCTIONS | | | |
| | | AA | | | | 1605.06 | | | | AB | | | 322281468 | 1239.68 | |
| | | OZ | | | | 181.26 | | | | WB | | | | 23.27 | |
| | | RA | | | 144.00 | 1098.40 | | | | WD | R | | FED | 137.12 | |
| | | UC | M | | | 319.86 | | | | WE | | | CA | 37.68 | |
| | | UD | MG | | | 3.43 | | | | WH | 2 | | | 6.27 | |
| | | UD | MC | | | 10.30 | | | | WI | 2 | | | .50 | |
| | | UF | | | | 23.27 | | | | WJ | 2 | | | 5.40 | |
| | | UG | | | | 3.14 | | | | WK | 2 | | | .31 | |
| | | UI | MC | | | 20.59 | | | | WM | | | | 99.52 | |
| | | UI | MG | | | 6.87 | | | | WP | | | M | 17.85 | |
| | | UJ | | | | 99.52 | | | | XR | AKA | | AK | 10.00 | |
| | | VC | RR | | | 1577.60 | | | | XV | | | MC T | 20.59 | |
| | | VD | CA | | | 1577.60 | | | | XV | | | MG T | 6.87 | |
| | | VF | | | | 1605.06 | | | | | | | | | |
| | | VG | M | | | 1372.80 | | | | | | | | | |
| | | VH | M | | | 1372.80 | | | | | | | | | |
| | | VI | | | | 1605.06 | | | | | | | | | |
| | | YN | | | 6.00 | 51.00 | | | | | | | | | |
| | | YT | | | | 274.40 | | | | | | | | | |
| PPE 01/31/98 | | PP# 03 | EARNINGS | | | | | | | | | DEDUCTIONS | | | |
| | | AA | | | | 1605.06 | | | | AB | | | 322281468 | 1239.69 | |
| | | OZ | | | | 181.26 | | | | WB | | | | 23.27 | |
| | | RA | | | 144.00 | 1098.40 | | | | WD | R | | FED | 137.12 | |
| | | UC | M | | | 319.86 | | | | WE | | | CA | 37.68 | |
| | | UD | MG | | | 3.43 | | | | WH | 2 | | | 6.27 | |
| | | UD | MC | | | 10.30 | | | | WI | 2 | | | .50 | |
| | | UF | | | | 23.27 | | | | WJ | 2 | | | 5.40 | |
| | | UG | | | | 3.14 | | | | WK | 2 | | | .31 | |
| | | UI | MC | | | 20.59 | | | | WM | | | | 99.51 | |

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

SCI - 000002041

Dataset: [illegible]CD #3

REPORT NO[illegible]67R01 EMPLOYEE HIS[illegible]PORT [illegible]4592
REPORT DATE: 06/26/98 14:30
SSN 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 NAME HENNING MICHAEL V QUARTER ENDING 03/14/98

**************************************************** PAY HISTORY ****************************************************

| ADJ DT EFF | ADJ IDC | PAY CD | ID | RSN IDC | HOURS | AMOUNT | SYS GEN | ADJ DT EFF | ADJ IDC | DED CD | DED ID | RSN IDC | DED PAYEE | AMOUNT | SYS GEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE 01/31/98 | | PP# 03 | EARNINGS | | | | | | | | DEDUCTIONS | | | | |
| | | UI | MG | | | 6.87 | | | | WP | | | M | 17.85 | |
| | | UJ | | | | 99.51 | | | | XR | AKA | | AK | 10.00 | |
| | | VC | RR | | | 1577.60 | | | | XV | | | MC T | 20.59 | |
| | | VD | CA | | | 1577.60 | | | | XV | | | MG T | 6.87 | |
| | | VF | | | | 1605.06 | | | | | | | | | |
| | | VG | M | | | 1372.80 | | | | | | | | | |
| | | VH | M | | | 1372.80 | | | | | | | | | |
| | | VI | | | | 1605.06 | | | | | | | | | |
| | | YN | | | 6.00 | 51.00 | | | | | | | | | |
| | | YT | | | | 274.40 | | | | | | | | | |
| PPE 01/17/98 | | PP# 02 | EARNINGS | | | | | | | | DEDUCTIONS | | | | |
| | | AA | | | | 1733.76 | | | | AB | | | 322281468 | 1331.50 | |
| | | OZ | | | 9.00 | 309.96 | | | | WB | | | | 25.14 | |
| | | RA | | | 144.00 | 1098.40 | | | | WD | R | | FED | 156.43 | |
| | | UC | M | | | 319.86 | | | | WE | | | CA | 45.41 | |
| | | UD | MG | | | 3.43 | | | | WH | 2 | | | 6.27 | |
| | | UD | MC | | | 10.30 | | | | WI | 2 | | | .50 | |
| | | UF | | | | 25.14 | | | | WJ | 2 | | | 5.40 | |
| | | UG | | | | 3.14 | | | | WK | 2 | | | .31 | |
| | | UI | MC | | | 20.59 | | | | WM | | | | 107.49 | |
| | | UI | MG | | | 6.87 | | | | WP | | | M | 17.85 | |
| | | UJ | | | | 107.49 | | | | XR | AKA | | AK | 10.00 | |
| | | VC | RR | | | 1706.30 | | | | XV | | | MC T | 20.59 | |
| | | VD | CA | | | 1706.30 | | | | XV | | | MG T | 6.87 | |
| | | VF | | | | 1733.76 | | | | | | | | | |
| | | VG | M | | | 1372.80 | | | | | | | | | |
| | | VH | M | | | 1372.80 | | | | | | | | | |
| | | VI | | | | 1733.76 | | | | | | | | | |
| | | YN | | | 6.00 | 51.00 | | | | | | | | | |
| | | YT | | | | 274.40 | | | | | | | | | |
| PPE 01/03/98 | | PP# 01 | EARNINGS | | | | | | | | DEDUCTIONS | | | | |
| | | AA | | | | 1682.50 | | | | AB | | | 322281468 | 1296.44 | |
| | | OZ | | | 9.00 | 300.30 | | | | WB | | | | 24.40 | |
| | | RA | | | 144.00 | 1064.80 | | | | WD | R | | FED | 148.86 | |
| | | UC | M | | | 310.17 | | | | WE | | | CA | 42.38 | |
| | | UD | MG | | | 3.33 | | | | WH | 2 | | | 6.11 | |
| | | UD | MC | | | 9.98 | | | | WI | 2 | | | .50 | |
| | | UF | | | | 24.40 | | | | WJ | 2 | | | 5.25 | |
| | | UG | | | | 3.06 | | | | WK | 2 | | | .31 | |
| | | UI | MC | | | 19.96 | | | | WM | | | | 104.32 | |
| | | UI | MG | | | 6.66 | | | | WP | | | M | 17.31 | |
| | | UJ | | | | 104.32 | | | | XR | AKA | | AK | 10.00 | |

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

SCI - 000002042

Dataset: [redacted]CD #3

REPORT NO[redacted]67R01 EMPLOYEE HIS[redacted]ORT [redacted]593
REPORT DATE: 06/26/98 14:30

SSN NAME QUARTER ENDING
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 HENNING MICHAEL V 03/14/98

*************************************************** PAY HISTORY ******************************************************

| ADJ DT EFF | ADJ IDC | PAY CD | ID | RSN IDC | HOURS | AMOUNT | SYS GEN | ADJ DT EFF | ADJ IDC | DED CD | DED ID | RSN IDC | DED PAYEE | AMOUNT | SYS GEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPE 01/03/98 | | PP# 01 | EARNINGS | | | | | | | | | DEDUCTIONS | | | |
| | | VC | RR | | | 1655.88 | | | | XV | | | MC T | 19.96 | |
| | | VD | CA | | | 1655.88 | | | | XV | | | MG T | 6.66 | |
| | | VF | | | | 1682.50 | | | | | | | | | |
| | | VG | M | | | 1331.20 | | | | | | | | | |
| | | VH | M | | | 1331.20 | | | | | | | | | |
| | | VI | | | | 1682.50 | | | | | | | | | |
| | | YN | | | 6.00 | 51.00 | | | | | | | | | |
| | | YT | | | | 266.40 | | | | | | | | | |

SCI - 000002043

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.