# EXHIBIT
# 7

Author: Rick Halcomb at C___W-OTC
Date: 11/18/99 11:36 AM
Priority: Normal
Receipt Requested
TO: HOWARD GILLINS at FFD
Subject: FW: WORK SCHEDULE FOR SCI EMPLOYEES
------------------------------------ Message Contents ------------------------------------

Howard this is for your info. This does not mean its approved, but we are heading the right direction. All I can say is I'm trying. Thanks

-----Original Message-----
From: McHan, Debra A (NRSW N234)
Sent: Thursday, November 18, 1999 5:35 PM
To: Camberos, Anna N (NRSW N2341)
Cc: Robinson, Rosie L (NRSW N234); Egidi, William J (NRSW N23A); Halcomb, Rick G (NRSW N23A); 'Rey Campos -IAFF San Diego'; 'Joe Fredericks'
Subject: WORK SCHEDULE FOR SCI EMPLOYEES

Anna,

Please cut PPI's for all the Firefighters (including DO/Lead) to change their work schedule from 144 to 168. Once 50's are received back from HRSO then do the paperwork for the Off Shore Allowance. Make sure the workschedule is back dated to May 1998. If you have any questions, get with me.

Debbie McHan
Debbie McHan
Business Manager
Regional Fire/Security Office
619-524-2519

Ref #4

EXHIBIT
PENGAD 800-631-6989
Greeley 13