# EXHIBIT
# 9

PEARL HARBOR, HAWAII 96860-3131

IN REPLY REFER TO:

12550
Ser N01CP/230
26 Sep 00

FIRST ENDORSEMENT on COMNAVREG Southwest ltr 12550 Ser N23/216 dtd 24 Aug 00

From: Commander in Chief, U.S. Pacific Fleet
To: Director, Office of the Deputy Assistant Secretary of the Navy (Code DP-1)

Subj: REQUEST AUGMENTATION OF THE FIREFIGHTER'S PAY REFORM ACT TO INCLUDE A 168-HOUR WORK SCHEDULE

1. Forwarded, recommending approval.

Yolande Fong

YOLANDE B. FONG
Fleet Human Resources Manager
and Policy Director
Acting

Copy to:
COMNAVREG Southwest



Disapproval May 2001

SAN DIEGO, CA 92132-0058

12550
Ser N23/216
Aug 24 00

From: Commander, Navy Region Southwest
To: Director, Office of the Deputy Assistant Secretary of the Navy (Code DP-1)
Via: Commander in Chief, U.S. Pacific Fleet (Code N01CP3)

Subj: REQUEST AUGMENTATION OF THE FIREFIGHTER'S PAY REFORM ACT TO INCLUDE A 168-HOUR WORK SCHEDULE

Encl: (1) List of Personnel assigned to San Clemente Island

1. Request a new 168-hour work schedule be added to the Firefighters Pay Reform Act. An issue has been raised by the International Association of Firefighters, Local F-33 concerning the firefighter's unique work schedule at San Clemente which was brought about by budget constraints. Upon discussion with DFAS, Denver, if the work schedule is not identified in the Firefighters Pay Reform Act, they will not recognize it.

2. In reviewing ideas to meet budget constraints it was conducive to change the existing six days on and eight days off work shift (144 hours per pay period) to a seven days on and seven days off work shift (168 hours per pay period). Federal Fire Department San Diego was able to abolish five positions at San Clemente Island constituting large savings.

3. In addition to the savings in labor dollars, there was a savings in biweekly roundtrip air flights, offshore allowance, and overtime. Under the previous 6/8 work schedule, individuals were flying to and from the Island on a daily basis. With this work schedule change, there are two shifts and everyone flies to and from the Island on the same day.

4. Enclosure (1) is a list of personnel permanently assigned to San Clemente Island and who are affected by the 168-hour work schedule. The firefighters are currently being paid regular overtime for the seventh day (the hours between 144 and 168). If the firefighter requests the seventh day off (vacation/sick), he is not charged any leave as this day is paid as an overtime day and is not part of his regularly scheduled work shift.

Subj: REQUEST AUGMENTATION OF THE
TO INCLUDE A 168-HOUR WORK SCHEDULE

5. If you have any further questions or concerns, please contact Ms. Debra McHan, Business Manager for Force Protection, at (619) 524-2519.

F. R. RUEHE

Copy to:
HRO Southwest Region (Code NOOCP)
Federal Fire Department Southwest Region (Code N23)
Michael Crouse, 16th District, Vice President IAFF

SAN CLEMENTE ISLAND'S
PERSONNEL DATA

| NAME | GRADE | STEP |
|---|---|---|
| Swanner, Christopher | 7 | 8 |
| Chestnut, Ronnie | 7 | 9 |
| Wilkinson, James | 7 | 8 |
| Keller, Gregory | 7 | 10 |
| Long, Laurence | 7 | 7 |
| LeClair, Richard | 7 | 7 |
| Mathews, Raymond | 6 | 8 |
| Thomas, Ramon | 6 | 8 |
| Jebb, Wayne | 6 | 9 |
| Lopez, Jaime | 6 | 8 |
| Schilling, Steven | 6 | 8 |
| Pistone, Thomas | 6 | 7 |
| Goleta, James | 6 | 6 |
| Hennings, Michael | 6 | 6 |
| Hudgens, Gregory | 6 | 8 |
| Stenberg, Steven | 6 | 8 |
| Agee, Timothy | 6 | 7 |
| Hill, Robert | 6 | 6 |
| Bennett, Harlan | 6 | 7 |
| Cunningham, John | 6 | 8 |
| Prey, John | 6 | 10 |
| Ortloff, Richard | 6 | 9 |

Enclosure (1)