# EXHIBIT 10

09/30/2002 MON 11:02
SEP 30 2002 04:03 FR 202 764 1124 202 764 1124 TO 99180084749552 P.02/02

DEPARTMENT OF THE NAVY
OFFICE OF THE ASSISTANT SECRETARY
(MANPOWER AND RESERVE AFFAIRS)
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

23 May 2001

Mr. John Ehrbar
Chief, Field Advisory Services Division
Department of Defense Civilian Personnel
Management Service
1400 Key Boulevard, Room B-200
Arlington, VA 22209-5144

Dear Mr. Ehrbar:

Enclosed is a request from the Commander, Navy Region Southwest, to update the Defense Civilian Payroll System (DCPS) to add a new 168-hour work schedule for firefighter payroll purposes. As you know, implementation of the Federal Firefighters Overtime Pay Reform Act of 1998 required modifications to the DCPS.

Accordingly, DCPS and DCPDS set "defaults" for firefighters based on "typical" firefighter work schedules (i.e., 144-, 120-, 112-hour biweekly work requirements). In accordance with [illegible] ALERT Number 99-57, August 5, 1999, a change request is required to add schedules that include a different number of hours in the biweekly work requirement.

We strongly endorse this request and ask that you give it your full consideration. Your staff may contact Mr. Carlos Saavedra, if they need any other information. His telephone number is (202) 764-0754.

SHARON C. STEWART
Director, Staffing and
Classification Division
ODASN (CP/EEO)

Enclosure

** TOTAL PAGE.02 **



EXHIBIT
PENGAD 800-631-6989
Greeley 16

SCI - 0000071