# EXHIBIT
# 11

FEDERAL FIREFIGHTERS, SAN DIEGO LOCAL F-33

Reynaldo Campos
*President*

Jared A. Whittemore
*Secretary*

P.O. Box 368012 San Diego, CA 92136-8012 • Phone: (619) 556-0815 • Fax: (619) 696-7846 • Email: federalfire@localf33.org • Web Site: www.localf33.org

September 17, 2002

Richard Halcomb, Deputy Fire Chief
Federal Fire Department San Diego
CNRSW PO Box 81226
San Diego, CA. 92136-1226

**RE: UNION GRIEVANCE**

Deputy Chief Halcomb,

This letter is to inform you that the Union [IAFF Local F-33] is hereby filing a "Union" grievance pursuant to Section 5, paragraph K, Memorandum of Understanding, (MOU), dated 2 November 1998. This grievance is being filed on behalf of the firefighters assigned and stationed at San Clemente Island [SCI], which fall under the direction of the Federal Fire Department, San Diego.

On August 24, 2000, former Commander, Navy Region Southwest, Admiral F.R. Ruehe, wrote a letter requesting an augmentation of the Firefighters Pay Reform Act to include a 168- hour work schedule for firefighters at SCI.

On September 26, 2000, we received a copy of a letter from Yolanda B. Fong, Fleet Human Resources Manager and Policy Director, which she sent to the Director, Office of the Deputy Assistant Secretary of the Navy [Code DP-1].

On November 18, 1999, Debra McHan sent an email to Anna Camberos instructing her to process form 50's for all the Firefighters stationed at SCI to change their work schedule from 144 hours per pay period to 168 hours per pay period. Once the form 50's are submitted and received back from the Human Resources Servicing Center, (HRSC), then the paperwork for the Off Shore Allowance [OSA] may be submitted. The Employer has indicated that the Defense

EXHIBIT
PENGAD 800-631-6989
Greeley 17

SCI - 0000088

FEDERAL FIREFIGHTERS, SAN DIEGO LOCAL F-33

Reynaldo Campos
*President*

Jared A. Whittemore
*Secretary*

P.O. Box 368012 San Diego, CA 92136-8012 • Phone: (619) 556-0815 • Fax: (619) 696-7846 • Email: federalfire@localf33.org • Web Site: www.localf33.org

September 17, 2002

Finance and Accounting Service, (DFAS), has the case file and has failed to put the new calculations into the computer to change the work hours. Until that occurs the form 50's cannot be sent in for processing. This issue needs to be resolved as soon as possible. Employees on SCI are contemplating retirement. Because of the augmentation of the Firefighters Pay Reform and how it will affect retirement benefits such as annual leave, sick leave, thrift savings plan, and retirement pay, employees are holding off on retirement.

We are also requesting retroactive pay for the firefighters at SCI back to May 1998, the month the work schedule was changed and implemented. This is over 4 years of mandatory overtime pay the firefighters have had to work mandated by FFD without the new augmentation pay in effect.

If you have any questions please contact me at [619] 437-9431

Sincerely

Reynaldo Campos, President Local F-33
For the Union [IAFF Local F-33]