# EXHIBIT
# 12

COMMANDER NAVY REGION SOUTHWEST
937 NO. HARBOR DR.
SAN DIEGO, CALIFORNIA 92132-5100

In reply refer to:
12771
Ser N23/1543
23 Oct 02

From: Richard Halcomb, Deputy Fire Chief, Federal Fire Department, Regional Force Protection, Commander, Navy Region Southwest
To: Rey Campos, President, International Association of Firefighters, Local F-33

Subj: RESPONSE TO UNION GRIEVANCE

Ref: (a) Union Grievance of 21 Sep 02
(b) CNRSW ltr 12550 Ser N23/216 of 24 Sep 2000
(c) Negotiated Agreement between CNBSD AND IAFF Local F-33 dtd 10 Sep 1997 and MOU dtd 11/2/99

Encl: (1) Record of Actions Taken/Information Received on Request to Augment Firefighter Pay Reform Act to Include 168-hour Work Schedule

1. This letter is in response to your grievance, reference (a), in which you expressed concern regarding the augmentation of the Firefighter Pay Reform Act to include the 168-hour work schedule for Firefighters assigned to San Clemente Island. Specifically, you were concerned that this work schedule has not been implemented although the request, reference (b), was endorsed by both Commander, Navy Region Southwest (CNRSW) and Commander in Chief, United States Pacific Fleet (CINCPACFLT) in 2000.

2. We met on 1 October 2002 to discuss your concerns. During the meeting, it was explained that the current status of reference (b) was not known. Furthermore, the CNRSW Human Resources Office was working with the appropriate agencies to determine where the request was and its status.

3. I am not in a position to render a decision on your grievance regarding this matter. However, as agreed in our meeting, I can commit to providing information about what has happened with the request and providing current information on the status of the request as it becomes available. Recent communications revealed that both our major claimant, CINCPACFLT, and the Department of Navy endorsed our request and it was forwarded to the Department of Defense (DOD) in May 2001. We are currently working with DOD to obtain specific information on its status. This information is detailed in enclosure (1). Furthermore, we can commit to continuing to explore all avenues (verbally and/or in writing) and keeping you updated as updated information becomes available (to include providing copies as necessary). Please note that until the Department of Defense and/or Defense Finance and Accounting Service policy departments finalize this matter, this grievance cannot be resolved as requested.

Subj: RESPONSE TO UNION GRIEVANCE

4. We would like to continue working with you on this issue until we can get it resolved. In the meantime if you are dissatisfied with the status thus far, you may have further grievance rights in accordance with reference (c).

R. G. HALCOMB

Copy to:
IAFF Local F-33 (Tom Squier)

ACKNOWLEDGEMENT OF RECEIPT

10/25/02

Employee Signature Date



SCI - 0000066