# EXHIBIT
# 13

**From:** Duenas, Terri (NRSW N04M)
**Sent:** Wednesday, January 15, 2003 8:57 AM
**To:** Halcomb, Rick G (NRSW N23A)
**Cc:** McHan, Debra A (NRSW N234); Hager, Susan (NRSW N04M)
**Subject:** FW: Congressional Inquiry of 21 November 02

Hi Rick. This is the email that Susan Hager sent to Navy following up on the Augmentation request at the same time addressing the congressional inquiry that Mike Henning made. We will ask Ralph to make a follow-up again.

vr, Terri

-----Original Message-----
**From:** Hager, Susan (NRSW N04M)
**Sent:** Tuesday, November 26, 2002 01:51 PM
**To:** 'joseph.portolano@navy.mil'
**Cc:** Hager, Susan (NRSW N04M); Duenas, Terri (NRSW N04M); Ralph Leisz
**Subject:** Congressional Inquiry of 21 November 02

Hello Joe - This is to acknowledge receipt of the Congressional Inquiry from Mr. Michael Henning dated 21 November 02. However, I believe that the party responsible for responding to this inquiry is either your office or DFAS. Following is what has happened on this case to date:

1) 26 September 00 - The Commander In Chief, US Pacific Fleet endorsed a request from the Commander, Navy Region Southwest (CNRSW) requesting that the Firefighter's Pay Reform Act be augmented to include a 168 hour work schedule for the CNRSW employees working at San Clemente Island. The request was sent to the Director, Office of the Deputy Assistant Secretary of the Navy (DP-1). I believe your point of contact is Mr. Carlos Saavedra.

2) 23 May 01 - Ms. Sharon Stewart endorsed the CINCPACFLT request and forwarded it to Mr. John Ehrbar of the DOD Civilian Personnel Management Service recommending approval of the request. To date, it is my understanding that no action has been taken on Navy's request.

It would be most helpful to us if you could facilitate resolution of this matter with DFAS. As you can see, the Command requested action on this issue over two years ago. If you need any further information from me, I can be reached at (619) 556-2500 or DSN 526-2500. I will be out of the office from 27 to 29 November 02, but I will return on Monday, 2 December. Thank you for your assistance.

Very Respectfully,
Susan Hager



EXHIBIT
PENGAD 800-631-6989
Greeley 18

SCI - 0000097