# EXHIBIT
# 14

615 584')

**Camberos, Anna CIV**

| | |
|---|---|
| ·om: | Duenas, Terri C CIV |
| ·nt: | Thursday, February 19, 2004 7:26 AM |
| .o: | Jamir, Eduardo CIV |
| Cc: | Camberos, Anna CIV; Smith, Calvin A. CIV; Major, Sylvia J CIV; Mchan, Debra CIV; Teresa M CIV; Garcia, Denise CIV |
| Subject: | RE: 168 HOURS for FF |

All. Had a telephone discussion yesterday with Linda Greeley(DFAS) and Sharon Hughes (Charleston Payroll) a issue below, along with our concerns too. There is no additional Firefighter Indicator Code that will be added to the 168 hour work schedule. DFAS has always stated that if the 168 hour work schedule was approved, it will b work-around. "N" will continue to be used as the FF Indicator Code and, anything beyond the 144 hours will con inputted as additional hours (OT Unscheduled to equal 24) and any other hours beyond the 168 will be Overtime (irregular). Sharon will then change (manually) those hours when she gets the T&A's to reflect 168 + any irregul hours when processing pay at the end of each PPE.

The effective date for the change to 168 hours is 12/14/03. Sharon would like to [redacted] a test run for 1 employee ar picked Mike Henning. Ed, please fax me T&A for Mike Henning, [redacted] for PPE 12/27; 01/10; 01/2 and 02/21/04. Please fax today if possible so we can fax it to Charleston. PPE 2/21 may be early but if he has planned he would have already asked for it, so please provide what the supervisor has. Then, by COB today or morning (by 0830), could you please fax the T&As for the rest of the SCI Firefighters except the Supervisors for PPE. Fax number is 556-2486. Thanks.

The adjustments/changes will not be processed until after the pay adjustments for the additional 2% increase is which Linda says may be in the next 2 to 3 payperiods. It is expected that the additional increase will be signe end of the week. This way, the entire 4+% increase will be adjusted for the Firefighters at SCI at one time. Cal the Supervisor at SCI know (including Mike Henning as Union official).

.so advised Linda and Sharon that we really should have an SF-50 for this work schedule change because at .own the road, the employee will need some kind of documentation on file for retirement. An electronic 50 ma possible because there is no FF Indicator Code in DCPDS to show the 84 hour work schedule. Linda is still wo this one. So, a manual 50 has to be done. I will have to talk with the HRSC to help us out with this one.

Lastly, Sharon would like the T&A's for the SCI Firefighters every PPE by her 1200 noon (Est time). So, we ne establish a POC (possibly Ed) to ensure that these T&A's get faxed to Sharon by NLT 0830 our time. She ask support her with the timeframe she is requesting because she has to do manual processing every PPE to pay t Firefighters correctly. Let's support her. Thanks.

r, Terri

-----Original Message-----

| | |
|---|---|
| From: | Jamir, Eduardo CIV |
| Sent: | Friday, February 13, 2004 8:52 |
| To: | Duenas, Terri C CIV |
| Cc: | Camberos, Anna CIV; Smith, Calvin A. CIV; Major, Sylvia J CIV; Profeta, Helen CIV (CNRSW) |
| Subject: | 168 HOURS for FF |

Terri,

Thanks for the info but I'm so concern on this one. As we all know, there's only 144 hrs max with assigr FF Work Schedule specially in Sidcada. I already received the Work Schedule request for 11 people at S( that DFAS could provide us those new Work Schedule Codes for 168 HRs & HRO/HRSC could update th reflect this 168 hrs or else , this will be another big problem in the future.

Pls. keep me inform or any new development regarding this one.

Respectfully,
Ed Jamir
Budget Tech, Public Safety
937 N. Harbor Drive
San Diego, Ca 92132-0058

EXHIBIT
PENGAD 800-631-6989
Greeley 19

SCI - 000004