# EXHIBIT 15

-----Original Message-----
From: Duenas, Terri C CIV
Sent: Wednesday, November 26, 2003 7:43
To: Egidi, William CIV; Halcomb, Rick CIV; Smith, Calvin A. CIV; Mchan, Debra CIV; Henning, Mike V CIV FEDERAL FIRE DEPT; 'Reynaldo A Campos (NRSW N2321) (E-mail)'
Cc: Leisz, Ralph L CIV; Wright, Stephanie R CIV; 'Barbara_Porter@sw.hroc.navy.mil'; 'Lureen_Carley (E-mail)'
Subject: FW: 168-hour schedule

All. Forwarding the Memorandum from the Civilian Personnel Management Services(CPMS) that approved the 168-hour work schedule for the Firefighters that work on San Clemente Island.

Linda Greeley is the POC at DFAS and she will be working out the details with the DFAS Charleston Office with regards to processing the work schedule change (will be done manually), etc. She will send an email sometime next week to provide us the details of when the change will be made, etc.

vr, Terri

-----Original Message-----
From: Rumble, Steven E., , CPMS [mailto:steven.rumble@cpms.osd.mil]
Sent: Wednesday, November 26, 2003 6:47
To: Duenas, Terri C CIV
Subject: 168-hour schedule

Terri:

The memo was signed 11/24 and faxed to DFAS on the same date.

A copy is attached for your information.

Steve

<<MEMO FOR DFAS 168hrs 11 21.doc>>