# EXHIBIT
# 16

**Camberos, Anna CIV**

**From:** Duenas, Terri C CIV
**Sent:** Monday, March 01, 2004 8:54 AM
**To:** Santana, Lucia M CIV 531A
**Cc:** Langford, Leslie M CIV 531; Carleyconklin, Terri L CIV 531; Murphy, Teresa M CIV; Camberos, Anna CIV; Mchan, Debra CIV
**Subject:** RE: 168-hour schedule

According to DFAS, the effective date of the change will be 12/14/03. The change will not be made until the 2nd half of the pay raise is in effect since they want to do the retroactive pay for the SCI Firefighters at one time. Sharon Hughes asked for a copy of one of the SCI Firefighter's T&A for the PPE 12/27 and forward through 2/21/04 to do a test run (manual work-around). We provided Mike Hennings' T&As. Sharon will send us a spreadsheet sometime next week for review. She will be asking for everyone's review, SCI Supervisor, Fire Mgmt Group and CSR's. We will also provide you a copy for review. A copy of CPMS's memo was sent to Denise and Ed Jamir too.

Thanks.

Terri

-----Original Message-----
From: Santana, Lucia M CIV 531A
Sent: Wednesday, February 25, 2004 14:20
To: Duenas, Terri C CIV; Langford, Leslie M CIV 531; Carleyconklin, Terri L CIV 531
Subject: RE: 168-hour schedule

Terri,
I looked at the memo from CPMS and it does not give us instructions on make the change. We discussed in our 53A meeting that the new work schedule be updated directly in the system with no RPA. We would update with J4B & JQU like we have in the past. I assume we would use the effective date of the memo? When the J4B & JQU are updated in 11i, it will flow to DFAS-CH. I want to check with Denise Garcia if she knows anything, because we should have already heard something from employees not being paid correctly on their 168 hr. work schedule? The only documentation in the OPF would be a pay500 filed & a copy of the memo too?

I will keep you posted on how we are going to process them.

Thanks,

Lucy

-----Original Message-----
From: Duenas, Terri C CIV
Sent: Wednesday, February 25, 2004 13:47
To: Langford, Leslie M CIV 531; Carleyconklin, Terri L CIV 531; Santana,

EXHIBIT
PENGAD 800-631-6989
Greeley 21

SCI - 000001

Lucia M CIV 531A
Subject: RE: 168-hour schedule

A concern that the SCI employees have is retirement. DFAS has the same concerns. Would there be documentation in the OPF to reflect the 168 hours work schedule? How is the system going to be updated?

Thanks.

r, Terri

-----Original Message-----
From: Langford, Leslie M CIV 531
Sent: Wednesday, February 25, 2004 11:13
To: Carleyconklin, Terri L CIV 531; Santana, Lucia M CIV 531A; Duenas, Terri C CIV
Subject: FW: 168-hour schedule

Terri,
I just spoke to Lucy there's no need for 50's, we'll just update the system.
A spread sheet will be fine. Once we receive the spread sheet we'll test one employee to make sure the system takes and everything flows like it should to CSRs and to DFAS

Leslie

-----Original Message-----
From: Duenas, Terri C CIV
Sent: Wednesday, February 25, 2004 10:32
To: Langford, Leslie M CIV 531
Subject: FW: 168-hour schedule

Hi Leslie. Could you please check with Lureen to see if we could have SF50s cut manually for the 22 SCI Firefighters to show the change in work schedule from 144 to 168? Manually because I don't think DCPDS has a DIN for 168, it probably only goes up to 144 hours. Thanks.

Terri

-----Original Message-----
From: Duenas, Terri C CIV
Sent: Thursday, February 12, 2004 10:54
To: Camberos, Anna CIV; Jamir, Eduardo CIV
Cc: Langford, Leslie M CIV 531
Subject: FW: 168-hour schedule

\nna and Ed. Forwarding a copy of DOD's memo approving the 168 hours work schedule for SCI Firefighters.

Terri