# EXHIBIT
# 17

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNING STATEMENT

Visit the DFAS Web Site at www.dfas.mil

| 1. PAY PERIOD END | 2. PAY DATE |
|---|---|
| 10/07/00 | 10/13/00 |

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY | LOCALITY ADJ | ADJUSTED BASIC PAY |
|---|---|---|---|---|---|---|
| HENNING MICHAEL V | GS 06 07 | 11.69 | 17.54 | 28584.00 | 3647.00 | 32231.00 |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| [redacted] | 12.76 | N | 07/20/83 | 432 | 01/13/01 |

| 14. FINANCIAL INSTITUTE - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| NORTH ISLAND FCU | | |

| 17. TAX | MARTIAL STATUS | EXEMPTIONS | ADD'L |
|---|---|---|---|
| FED | M | 4 | |
| CA | M | | |

| 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY |
|---|---|---|---|---|

| 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|
| FERS: 3900.81 | |

21.

| | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2413.60 | 50106.12 |
| TAXABLE WAGES | 2379.93 | 49400.72 |
| NONTAXABLE WAGES | | |
| TAX DEFERRED WAGES | 33.67 | 705.40 |
| DEDUCTIONS | 632.87 | 13063.19 |
| AEIC | | |
| NET PAY | 1780.73 | 37042.93 |

22.

TSP DATA
2%
G FUND: 25%
F FUND: 0%
C FUND: 75%

EARNINGS FOR TSP CALC (CURRENT) 1683.36
EARNINGS FOR TSP CALC (YTD) 35267.04

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 106.00 | 1239.14 | OT IN TOUR | 38.00 | 666.52 | OVERTIME | 26.00 | 456.04 |
| REMOT/OFFSHR | 6.00 | 51.90 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | XO | 7.13 | 149.42 | FEGLI OPTNL | AB | 13.80 | 246.06 |
| MEDICARE | | 35.00 | 726.54 | OASDI | | 149.64 | 3106.58 |
| ORG/UNION | AAKA | 12.00 | 246.00 | RETIRE, FERS | M | 28.62 | 597.20 |
| TAX, FEDERAL | | 266.55 | 5496.03 | TAX, STATE | CA | 86.46 | 1789.96 |
| TSP SAVINGS | | 33.67 | 705.40 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 353.00 | 14.00 | 280.00 | | 470.00 | | 163.00 | |
| SICK | 171.00 | 7.00 | 140.00 | | 70.00 | | 241.00 | |

## REMARKS

NATIONAL HISPANIC HERITAGE MONTH.

LAST Pay Period

FAISS Help Main Exit

View other LESs 02/10/2001

To print this page, press CTRL and P at the same time.

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 02/10/01
2. Pay Date: 02/16/01

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| HENNING MICHAEL V | GS 06 07 | 12.18 | 18.27 | 29353.00 4218.00 33571.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| [redacted] | 14.37 | N | 07/20/83 | 432 | 01/12/02 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
|---|---|---|
| NORTH ISLAND FCU | | |

17. Tax / Marital Status / Exemptions / Add'l

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | M | 4 | |
| CA | M | | |

18. Tax / Marital Status / Exemptions / Add'l / Taxing Authority

19. Cumulative Retirement: FERS: 4146.75

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2512.26 | 9834.18 |
| TAXABLE WAGES | 2477.18 | 9696.68 |
| NONTAXABLE WAGES | | |
| TAX DEFERRED WAGES | 35.08 | 137.50 |
| DEDUCTIONS | 656.28 | 2544.29 |
| AEIC | | |
| NET PAY | 1855.98 | 7289.89 |

22. TSP DATA: 2%

G FUND: 25%
F FUND: 0%
C FUND: 75%

EARNINGS FOR TSP CALC (CURRENT) 1753.92

EARNINGS FOR TSP CALC (YTD) 6874.56

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 106.00 | 1291.08 | OT IN TOUR | 38.00 | 694.26 | OVERTIME | 26.00 | 475.82 |
| REMOT/OFFSHR | 6.00 | 31.98 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | XO | 7.44 | 29.14 | FEGLI OPTNL | AB | 14.40 | 56.40 |
| MEDICARE | | 36.43 | 142.60 | OASDI | | 155.76 | 609.72 |
| ORG/UNION | AAKA | 12.00 | 48.00 | RETIRE, FERS | M | 22.80 | 102.84 |
| TAX, FEDERAL | | 281.98 | 1073.49 | TAX, STATE | CA | 90.39 | 344.60 |
| TSP SAVINGS | | 35.08 | 137.50 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 255.00 | 14.00 | 28.00 | 22.00 | 22.00 | | 283.00 | 197.00 |
| SICK | 295.00 | 7.00 | 14.00 | | | | 287.00 | |

## REMARKS

RETIREMENT ERROR CORRECTION LEGISLATION MAY AFFECT YOU. CHECK YOUR RETIREMENT COVERAGE BY GOING TO 'HTTP://WWW.CPMS.OSD.MIL/FAS/BENEFITS/FERCCA.HTM' TO DETERMINE IF YOU ARE IN THE RIGHT COVERAGE. IT IS IMPORTANT TO YOUR FUTURE RETIREMENT PLANNING.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

- You should always protect your pay information and Exit when finished.
- To Stop/Start LES Hard Copy delivery, select Main and then choose Pay Changes from the Account Selection Menu.

PENGAD 800-631-6989
EXHIBIT
Greeley 6

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNING STATEMENT

Visit the DFAS Web Site at www.dfas.mil

| 1. PAY PERIOD END | 2. PAY DATE |
|---|---|
| 09/08/01 | 09/14/01 |

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY + | LOCALITY ADJ - | ADJUSTED BASIC |
|---|---|---|---|---|---|---|
| HENNING MICHAEL V | GS 06 07 | 12.18 | 18.27 | 29353.00 | 4218.00 | 33571.( |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| [redacted] | 14.37 | N | 07/20/83 | 432 | 01/12/02 |

| 14. FINANCIAL INSTITUTE - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| NORTH ISLAND FCU | | |

| 17. TAX | MARTIAL STATUS | EXEMPTIONS | ADD'L |
|---|---|---|---|
| FED | M | 4 | |
| CA | M | | |

18. TAX / MARITAL STATUS / EXEMPTIONS / ADD'L / TAXING AUTHORITY

19. CUMULATIVE RETIREMENT
FERS:
4488.75

20. MILITARY DEPOSIT

| 21. | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2544.90 | 47748.16 |
| TAXABLE WAGES | 2509.82 | 47084.46 |
| NONTAXABLE WAGES | | |
| TAX DEFERRED WAGES | 35.08 | 663.70 |
| DEDUCTIONS | 669.08 | 12437.91 |
| AEIC | | |
| NET PAY | 1875.82 | 35310.25 |

22.
TSP DATA
2%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUI |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 106.00 | 1291.08 | OT IN TOUR | 38.00 | 694.26 | OVERTIME | 28.00 | 511.! |
| REMOT/OFFSHR | 6.00 | 48.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | XO | 7.44 | 140.74 | FEGLI OPTNL | AB | 14.40 | 272.40 |
| MEDICARE | | 36.90 | 692.35 | OASDI | | 157.79 | 2960.39 |
| ORG/UNION | AAKA | 12.00 | 228.00 | RETIRE, FERS | M | 22.80 | 444.84 |
| TAX, FEDERAL | | 289.67 | 5310.68 | TAX, STATE | CA | 93.00 | 1724.81 |
| TSP SAVINGS | | 35.08 | 663.70 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LO! TERM D/ |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 255.00 | 14.00 | 238.00 | | 153.00 | | 340.00 | 44 |
| SICK | 295.00 | 7.00 | 119.00 | | 92.00 | | 322.00 | |
| ADMIN | | | | | 3.00 | | | |

## REMARKS

W-2 SEASON IS COMING. USE E/MSS AT HTTPS://EMSS.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
EFFECTIVE 1 OCT 2001 DELINQUENT DOD TRAVEL CARD DEBTS MAY BE WITHHELD FROM YOUR PAY.

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

1. PAY PERIOD END: 09/07/02
2. PAY DATE: 09/13/02

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY + LOCALITY ADJ = ADJUSTED BAS |
|---|---|---|---|---|
| HENNING MICHAEL V | GS 06 08 | 13.16 | 19.74 | 31259.00 5017.00 36276. |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| [redacted] | 16.05 | N | 07/20/83 | 432 | 01/11/03 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| NORTH ISLAND FCU | | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L |
|---|---|---|---|
| FED | M | 4 | |
| CA | M | | |

18. TAX / MARITAL STATUS / EXEMPTIONS / ADD'L / TAXING AUTHORITY

19. CUMULATIVE RETIREMENT: FERS: 5104.25

20. MILITARY DEPOSIT

| 21. | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2753.30 | 48925.86 |
| TAXABLE WAGES | 2715.40 | 48224.53 |
| NONTAXABLE WAGES | | |
| TAX DEFERRED WAGES | 37.90 | 701.33 |
| DEDUCTIONS | 722.89 | 12405.78 |
| AEIC | | |
| NET PAY | 2030.41 | 36520.08 |

22. TSP DATA 2%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUN |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 106.00 | 1394.96 | OT IN TOUR | 38.00 | 750.12 | OVERTIME | 28.00 | 552.7 |
| REMOT/OFFSHR | 6.00 | 55.50 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | X0 | 8.06 | 147.87 | FEGLI OPTNL | AB | 15.60 | 286.20 |
| MEDICARE | | 39.92 | 709.42 | OASDI | | 170.70 | 3033.40 |
| ORG/UNION | AAKA | 12.00 | 228.00 | RETIRE, FERS | M | 24.64 | 455.90 |
| TAX, FEDERAL | | 310.33 | 5122.19 | TAX, STATE | CA | 103.74 | 1721.47 |
| TSP SAVINGS | | 37.90 | 701.33 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOS TERM DA |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 430.00 | 14.00 | 238.00 | | 480.00 | | 188.00 | |
| SICK | 294.00 | 7.00 | 119.00 | 72.00 | 212.00 | | 201.00 | |

## REMARKS

YOUR PAYROLL OFFICE IDENTIFICATION NUMBER IS 97380600.
FEDERAL EMPLOYEES' LONG TERM CARE (LTC) OPEN SEASON FROM JULY 1 THROUGH DECEMBER 31.
VISIT OPM WEB SITE WWW.OPM.GOV/INSURE/LTC FOR ADDITIONAL ENROLLMENT INFORMATION.

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

1. PAY PERIOD END: 09/20/03
2. PAY DATE: 09/26/03

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY + | LOCALITY ADJ = | ADJUSTED BASIC |
|---|---|---|---|---|---|---|
| HENNING MICHAEL V | GS 06 08 | 13.76 | 20.64 | 32227.00 | 5707.00 | 37934. |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| [redacted] | 17.71 | N | 07/20/83 | 432 | 01/10/04 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| NORTH ISLAND FCU | PENTAGON FEDERAL CREDIT UNI | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L |
|---|---|---|---|
| FED | M | 3 | |
| CA | M | | |

18. TAX / MARITAL STATUS / EXEMPTIONS / ADD'L / TAXING AUTHORITY

19. CUMULATIVE RETIREMENT: FERS: 5789.69

20. MILITARY DEPOSIT: PAID: 900.00 OWED: 985.25

| 21. | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2877.80 | 56631.64 |
| TAXABLE WAGES | 2838.17 | 55842.50 |
| NONTAXABLE WAGES | | |
| TAX DEFERRED WAGES | 39.63 | 789.14 |
| DEDUCTIONS | 1760.86 | 27022.50 |
| AEIC | | |
| NET PAY | 1116.94 | 29609.14 |

22. TSP DATA 2%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 106.00 | 1458.56 | OT IN TOUR | 38.00 | 784.32 | OVERTIME | 28.00 | 577.92 |
| REMOT/OFFSHR | 6.00 | 57.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 876.00 | 9636.00 | FEGLI | XO | 8.10 | 161.92 |
| FEGLI OPTNL | AB | 24.30 | 379.50 | MEDICARE | | 41.73 | 821.16 |
| MIL DEPOSIT | | 50.00 | 900.00 | OASDI | | 178.42 | 3511.16 |
| ORG/UNION | AAKA | 12.00 | 240.00 | RETIRE, FERS | M | 25.76 | 512.96 |
| TAX, FEDERAL | | 298.42 | 6279.47 | TAX, STATE | CA | 111.86 | 2182.31 |
| TSP LOANS | 303805E | 94.64 | 1608.88 | TSP SAVINGS | | 39.63 | 789.14 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DAT |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 309.00 | 14.00 | 252.00 | 22.00 | 231.00 | | 330.00 | 20.0 |
| SICK | 103.00 | 7.00 | 126.00 | | | | 229.00 | |

## REMARKS

YOUR PAYROLL OFFICE IDENTIFICATION NUMBER IS 97380600.
MINIMUM HOLDING PERIOD FOR SERIES EE/I BONDS ISSUED AS OF FEBRUARY 2003 IS NOW 12 MONTHS.
DEFAULT FOR TRAVEL PAYMENT IS SPLIT DISBURSEMENT EFF 9-19-03.SEE WWW.DFAS.MIL FOR DETAILS.