# EXHIBIT
# 18

Capt Crane,

The attached letter requires the Admiral's signature. This action does not increase costs.

**BACKGROUND:**

In 1997 we began identifying ways to reduce labor costs. One of the ways was to reduce manning on San Clemente Island. The Firefighters at SCI use to work a 6 days on and 8 days off work schedule and were flying in and out of the Island every day during the week. As you can see from the attached spread sheet, by cutting 5 positions and flying everyone in and out on the same day, we were able to save $166K back in 1998, which was prior to the new Firefighter Pay Reform Act. I also provided information on the current pay; there were even more savings under the new pay system.

With the new work schedule change for SCI Firefighters, they now work 7 days on and 7 days off. Michael Crouse, 16th District Vice President of the International Association of Firefighters (IAFF) brought to our attention that since this was an official work schedule, they should be getting an additional days pay of Off Shore Allowance ($8.50) and that the additional 24 hours of straight time should be included in their retirement. In talking with DFAS, they stated they could not pay as requested and that this is a change that requires an SF50 Personnel Action. In talking with HRO and the Special Pay personnel in Washington DC, there is no work schedule identified in the new Firefighters Pay Reform Act for 168 hours. HRO personnel didn't think it would be a problem to add, the reason it was not included was that when the pay act was written, there was no such schedule, had there been it would have been included. Mr. Michael Crouse, VP IAFF, was the major player in the pay reform act and requested us to pursue this action through the appropriate channels.

In talking with DASN personnel, this letter is the way to pursue this issue. If you have any questions, please give me a call.

Dave Martineau

EXHIBIT
PENGAD 800-631-6989
Greeley 12