# EXHIBIT
# 19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HENNING [redacted] | | | | 7/9/05 | | | |
| ANNUAL SALARY | 44622 | | | 168 ADJUSTED | 144 DCPS | ADJUSTMENTS | |
| HOURLY RATE | 16.19 | | | | | | |
| OVERTIME RATE | 24.29 | | | | | | |
| | | RA R | | 1716.14 | 1716.14 | | |
| OVERTIME REPORTED | 27.00 | | | | | | |
| OVERTIME OVER 24 | 3.00 | | | | | | |
| REG OT HRS | 62.00 | RA O | | 1505.98 | 923.02 | RA O | 582.96 |
| OVERTIME | | OZ N | | 72.87 | 655.83 | OZ N | -582.96 |
| REMOTE SITE DAYS | 6.00 | | 9.5 | 66.50 | 57.00 | YN | 9.50 |
| GROSS | | | | 3361.49 | 3351.99 | | 9.50 |
| SUBJ TO RETIREMENT | | | | 2719.92 | 2331.36 | VG | 388.56 |
| RET DED FERS | FERS | | | 35.36 | 30.31 | WP | 5.05 |
| SUBJ TO TSP | | | | 2719.92 | 2331.36 | VH | 388.56 |
| | | | | | | UC | 88.20 |
| TSP DED | 0.03 | | | 81.60 | 69.94 | XV | 11.66 |
| | | | | | | UD | 3.89 |
| FEGLI CODE X0 | | | | | | UI | 11.66 |
| SUBJ TO FEGLI | | | | 70717.92 | 60615.36 | | |
| DOB | 6/2/58 | | | 71 | 61 | | |
| | | | | 73 | 63 | | |
| FEGLI DEDUCTION | | | | 10.95 | 9.45 | WH | 1.50 |
| | | | | | | UG | 0.75 |
| FEGLI OPT B | 5 | | 0.09 | 31.95 | 27.45 | WJ | 4.50 |

7/13/05 F-47

FEGLI AGE 4

EXHIBIT

PENGAD 800-631-6989

Greeley 9