# EXHIBIT
# 20

# FEDERAL FIRE DEPARTMENT
# SAN CLEMENTE ISLAND
# SOUTHERN CALIFORNIA CHANNEL ISLAND
# OFFSHORE ALLOWANCE.

FEDERAL FIRE DEARTMENT SAN CLEMENTE ISLAND PERSONNEL WERE PAID IN ACCORDANCE TO THE FEDERAL PAY MANUAL SUPPLEMENTS 990-2 BOOK 591, SUB CHAPTER S3, AND US CODE: TITLE 5, SECTION 5942, AS WELL AS SPECIAL LEGISLATION P.L. 91-656 $51.90 PER BI WEEKLY PAY PERIOD UNTIL PAY PERIOD ENDING 05/05/2001. AT THAT TIME SEVERAL FIRE DEPARTMENT PERSONNEL FOUND THAT THEIR OFFSHORE ALLOWANCE HAD BEEN DECREASED TO $48.00 PER BI WEEKLY PAY PERIOD, AND $35.10 HAD BEEN DEDUCTED FROM THERE PAY. THE REASON ACCORDING TO DENISE GARCIA,WAS THAT PART OF THEIR OFFSHORE PAY WAS PER DIEM PAY. THE FACT IS THAT THE $51.90 ORIGINALLY PAID WAS ALSO INCORRECT. THE FOLLOWING BROKEN DOWN SHOWS THE FACTS.

$51.90 OFFSHORE ALLOWANCE OLD FIGURES:

OCT 01

BREAKFAST= $1.25
LUNCH= $2.45
DINNER= $2.45
INCIDENTALS/HARDSHIP= $2.50

Breakfast = 1.35
Lunch $ 2.70
Dinner 2.70
6.75
2.50 Hardship
9.25

TOTAL ALL FOUR = $8.65 PER DAY

$8.65 PER DAY X 6 DAYS = $51.90 PER BI WEELY PAY PERIOD.

51.90
3.60
55.50

CORRECT OFFSHORE ALLOWANCE FIGURES AS OF 26 SEP.00

BREAKFAST = $1.30
LUNCH = $2.65
DINNER = $2.65

9.25
8.65
.60

60
6
360

EXHIBIT
Greeley 7
PENGAD 800-631-6989

SCI - 0000058

INCIDENTALS/HARDSHIP = $2.50

COMBINE ALL FOUR = $9.10 PER DAY

$9.10 PER DAY X 6 DAYS = $54.60 PER BI WEEKLY PAY PERIOD.

WHICH MEANS IF YOU GO BY WHAT THE PAYROLL OFFICE IS SAYING YOU WOULD HAVE THE FOLLOWING!!!

YOU TAKE THE $48.00 CURRENTLY PAID FOR OFFSHORE ALLOWANCE AND DEVIDE BY 6 DAYS, THIS WOULD EQUAL $8.00 PER DAY. BREAK THIS DOWN

INCIDENTALS = $2.50

TAKE THE $8.00 PER DAY AND SUBTRACT $2.50 THIS LEAVES $5.50, WHICH MEANS

2000

BREAKFAST = $1.50
LUNCH = $2.00
DINNER = $2.00

ADD THE $1.50 + $2.00 + $2.00 + $2.50 = $8.00 PER DAY

$8.00 PER DAY X 6 DAYS = $48.00

THIS SHOWS USING THE AUTHORIZED FORMULA FOR CALCULATING OFFSHORE ALLOWANCES THAT THERE WAS NO PER DIEM EVER GIVEN, AND THAT THEIR NEVER WAS ANY OVER PAYMENT, IN FACT THERE WAS A UNDER PAYMENT FOR 8 MONTHS. THIS ISSUE NEEDS TO BE RESOLVED.

Sent to A/c
5-25-01
HEB