**CERTIFICATE OF SERVICE**

This to certify that a true and accurate copy of the foregoing Plaintiffs' Motion for Partial Summary Judgment, Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, Proposed Finding of Uncontroverted Fact, Declaration of Mike Henning, Deposition Transcript of Linda Greely, Attachments and Exhibits have been served via first-class mail, on this 3rd day of November, 2006 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

s/David Ricksecker
David Ricksecker