IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court enlarge by two days, from November 20, 2006, to November 22, 2006, the deadline for both parties to file stipulations, pretrial memoranda, proposed findings of law, and lists of exhibits and witnesses as set forth in the second paragraph of the pre-trial order dated October 12, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiffs has authorized to state that plaintiffs support this motion.

This enlargement is requested because this week the Government's trial attorney is trying the case of International Air Response, Inc. v. United States, Fed Cl. No. 00-428C. Trial of that case, which is expected to take two days, was originally scheduled to begin on November 13, 2006. On November 9, the beginning of trial was continued until November 15. Because of this unanticipated delay, the Government's trial attorney may not be available later this week to discuss trial matters with plaintiffs' counsel as contemplated in the pre-trial order.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes / B.S.
TODD M. HUGHES
Assistant Director

s/ Roger A. Hipp / by John J. Todor
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

November 16, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 16, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp / by John J. Todor