IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | CASE NO: 04-1575C<br>Judge Wheeler |

**PLAINTIFFS' WITNESS LIST**

Plaintiffs Timothy Agee, *et al.*, pursuant to this Court's order dated October 12, 2006, respectfully submits the following witness list.

(1) Michael Henning, plaintiff fire fighter. We expect to call Mr. Henning to testify concerning the general background of the case. Mr. Henning will also testify about the change in work schedule, how fire fighters are paid and accrue other benefits, and the fire fighters' efforts to get the Government to properly calculate basic pay and the offshore allowance using the 168 hour tour of duty. We expect him to testify for approximately one to two hours.

(2) If necessary, we may call Christopher Swanner, plaintiff fire fighter. If necessary, we may call Mr. Swanner to testify concerning the general background of the case. Mr. Swanner will also testify, if necessary, about the change in work schedule, how fire fighters are paid and accrue other benefits, and the fire fighters' efforts to get the Government to properly calculate basic

pay and the offshore allowance using the 168 hour tour of duty. We expect him to testify for approximately one hour.

Respectfully submitted,

Dated: November 22, 2006

__s/David Ricksecker_________

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

**CERTIFICATE OF SERVICE**

This to certify that a true and accurate copy of the foregoing Plaintiffs' Witness List have been served via first-class mail, on this 22nd day of November, 2006 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

_______s/David Ricksecker___________
David Ricksecker