IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBITS LIST**

Defendant, the United States, pursuant to the Court's order dated October 12, 2006, respectfully submits its list of exhibits.

| Defendant's Exhibit No. | Description |
|---|---|
| 1 | Civil Service Retirement System pamphlet, "Law Enforcement and Firefighter CSRS Retirement," dated September 1996, Attachment C to plaintiffs' motion for summary judgment. May offer. |
| 2 | Memorandum re: "Implementation of Budget Reductions," dated 3/2/98, Exhibit 10 to Linda Greeley's deposition. May offer. |
| 3 | Memorandum re: "Impl[e]mentation of Budge Saving Proposals," dated 3/3/98, Exhibit 11 to Linda Greeley's deposition. May offer. |
| 4 | OFM Bulletin 99GA2.04, dated 1/13/99, "Firefighters Pay Reform - Manual Instructions." May offer. |
| 5 | Memorandum of Understanding between employer and union, dated November 2, 1999. Expect to offer. |
| 6 | E-mail from Rick Halcomb to Howard Gillins, dated 11/18/99, Exhibit 13 to Linda Greeley's deposition. May offer. |
| 7 | Memorandum re: "Request Augmentation Of The Firefighter's Pay Reform Act To Include A 168-Hour Work Schedule," dated 8/24/00, Exhibit 14 to Linda Greeley's deposition. Expect to offer. |
| 8 | Memorandum re: "Request Augmentation Of The Firefighter's Pay Reform Act To Include A 168-Hour Work Schedule," dated 9/26/00, Exhibit 15 to Linda Greeley's deposition. Expect to offer. |

| | |
|---|---|
| 9 | "Federal Fire department San Clemente Island Southern California Channel Island Offshore Allowance," facsimile dated 5/6/01, Exhibit 7 to Linda Greeley's deposition. May offer. |
| 10 | Civilian leave and earnings statement for Michael Henning, facsimile dated 5/9/01, Exhibit 6 to Linda Greeley's deposition. May offer. |
| 11 | Civilian leave and earnings statement for Michael Henning, facsimile dated 5/9/01, Exhibit 8 to Linda Greeley's deposition. May offer. |
| 12 | Letter from Sharon Stewart to John Ehrbar, dated 5/23/01, Exhibit 16 to Linda Greeley's deposition. Expect to offer. |
| 13 | Office of Personnel Management "Retirement and Insurance Service Benefits Administration Letter," dated 6/19/01, Attachment E to plaintiffs' motion for summary judgment. May offer. |
| 14 | Union grievance, dated 9/17/02, Exhibit 17 to Linda Greeley's deposition. May offer. |
| 15 | Response to union grievance, dated 10/23/02, Exhibit 17 to Linda Greeley's deposition. Expect to offer. |
| 16 | E-mail from Terri Duenas to Susan Hager, dated 1/15/03, Exhibit 18 to Linda Greeley's deposition. May offer. |
| 17 | SF-50s for Harlan Bennett, Ronnie Chestnut, John Cunningham, James Goleta, Michael Henning, Robert Hill, Gregory Hudgens, Gregory Keller, Laurence Long, Jaime Lopez, Raymond Mathews, Thomas Pistone, John Prey, Charles Ricks, Stephen Stenberg, Christopher Swanner, Ramon Thomas, James Wilkinson, William Stanley, Sabbas Robinson, Steven Schilling, Wayne Webb, effective 11/24/03, Exhibit 24 to Linda Greeley's deposition. May offer. |
| 18 | E-mail from Terri Duenas to William Egidi, dated 11/26/03, Exhibit 15 to plaintiffs' proposed findings of undisputed fact. Expect to offer. |
| 19 | Request for Completion of SF-52 for Raymond Matthews, Charles Ricks, John Prey, Steve Schilling, Laurence Long, Timothy Agee, Sabbas Robinson, facsimiles dated 2/10/04, Exhibits 20 and 23 to Linda Greeley's deposition. May offer. |
| 20 | Pay Period Tour of Duty Forms for Gregory Keller, John Cunningham, Christopher Swanner, Raymond Matthews, Gregory Hudgens, Jaime Lopez, Robert Hill, and James Goleta, facsimiles dated 2/10/04, Exhibit 23 to Linda Greeley's deposition. May offer. |

| | |
|---|---|
| 21 | E-mail from Terri Duenas to Eduardo Jamir, dated 2/19/04, Exhibit 19 to Linda Greeley's deposition. Expect to offer. |
| 22 | E-mail from Terri Duenas to Lucia Santana, dated 3/1/04, Exhibit 21 to Linda Greeley's deposition. Expect to offer. |
| 23 | E-mail from Larhonda Howard to Debra McHan, dated 6/22/04, Exhibit 22 to Linda Greeley's deposition. Expect to offer. |
| 24 | U.S. Office of Personnel Management website, dated 10/29/06, "Annual Leave," Attachment B to plaintiffs' motion for summary judgment. May offer. |
| 25 | Thrift Savings Plan website, dated 10/31/06, "TSP Features for Civilians," Attachment D to plaintiffs' motion for summary judgment. May offer. |
| 26 | Collection of leave and earnings statements for Michael Henning and Laurence Long, various dates, Exhibit 26 to Linda Greeley's deposition. May offer. |
| 27 | Employee history reports, various dates, Exhibit 6 to plaintiffs proposed findings of undisputed fact; motion for summary judgment. May offer. |
| 28 | Sample Pay Computation for 24-Shift Firefighters, undated, Attachment A to plaintiffs' motion for summary judgment. May offer. |
| 29 | DFAS memorandum, "DCPS Workaround," undated. May offer. |
| 30 | Letter from Dave Martineau to Capt. Crane, undated, Exhibit 12 to Linda Greeley's deposition. May offer. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

November 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 22, 2006, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp