IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1575C<br>(Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Defendant, the United States, pursuant to the Court's order dated October 12, 2006, respectfully submits its list of witnesses.

1. Linda Greeley, Financial Systems Analyst, Defense Finance and Accounting Service, 1851 South Bell Street, Arlington, Virginia. We expect to call Ms. Greeley to testify about how plaintiffs' pay and benefits were calculated historically, how adjustments to pay and benefits should be calculated in the event that plaintiffs prevail upon one or more of their theories of liability, and the agency's policies and procedures concerning schedule changes.

2. Steve Rumble, former Chief, Pay Team, Classification and Pay Branch, Field Advisory Services Division, Civilian Personnel Management Service, Department of Defense, currently employed at Department of Homeland Security, 1100 New York Ave. N.W., Washington, D.C. We expect to call Mr. Rumble to testify about the process for approving the firefighters' work schedule.

3. Dennis Turner, Chief, Classification and Pay Branch, Field Advisory Services Division, Civilian Personnel Management Service, Department of Defense. We may call Mr. Turner to testify about the process for approving the firefighters' work schedule.

4. We expect to call each of the plaintiffs to testify concerning their union grievance, hours worked, leave taken, wages and benefits received, and the damages and the other relief they seek in this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

November 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 22, 2006, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp