IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | CASE NO: 04-1575C<br>Judge Wheeler |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S WITNESS LIST**

The plaintiffs respectfully object to the defendant's expectation to call each of the plaintiffs to testify concerning their union grievance, hours worked, leave taken, wages and benefits received and the damages and the other relief they seek in this action. The plaintiffs will produce two plaintiffs, Mr. Henning and Mr. Swanner to give testimony regarding such employment issues. Other information, such as leave, wages, hours worked, etc., can all be demonstrated using pay records and leave and earnings statements. It will be repetitive, expensive and inefficient to call each individual witness, as there are other, more practical methods to demonstrate such information. Finally, the plaintiffs represent the lion's share of fire fighters on San Clemente Island. It would be impossible to call all, or even a large number of the plaintiffs to personally attend the trial and would cause severe safety issues.

Respectfully submitted,

Dated: December 8, 2006

__s/David Ricksecker_________

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

**CERTIFICATE OF SERVICE**

This to certify that a true and accurate copy of the foregoing Plaintiffs' Objection to Defendant's Witness List has been served via first-class mail, on this 8th day of December, 2006 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

s/David Ricksecker
David Ricksecker