**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AGEE, TIMOTHY T., et al. )
)
)
Plaintiffs, ) CASE NO: 04-1575C
) Judge Wheeler
v. )
)
THE UNITED STATES, )
)
Defendant. )
)

**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

Pursuant to Judge Wheeler's December 7, 2006 ruling denying bifurcation and denying the request to stay the trial pending completion of summary judgment motions, Plaintiffs Timothy Agee, *et al*., respectfully submits the following supplemental exhibit list.

| Plaintiffs' Exhibit No. | Description |
|---|---|
| **1** | Memo from Fire Chief, 3/2/98—Implementation of Budget Reductions |
| **2** | Memo from Asst. Fire Chief, W. Egidi, 3/03/98—Implementation of Budget Savings Proposal |
| **3** | Letter from Dave Martineau to Capt. Crane |
| **4** | Email Correspondence from Rick Halcomb, 11/18/99 to Howard Gillins re: Work Schedules for SCI Employees |
| **5** | Memo from Commander, Navy Region Southwest, 8/04/00 to Director, Office of the Deputy Asst. Sec. of the Navy re: Request Augmentation of the Firefighter's Pay Reform Act to Include A 168-Hour Work Schedule |
| **6** | Memo from Commander in Chief, US Pacific Fleet, 9/26/00 to Director, Office of the Deputy Asst. Sec. of the Navy re: Request Augmentation of the Firefighter's Pay Reform Act to Include A 168-Hour Work Schedule |
| **7** | Letter from Sharon Stewart, Director, Staffing and Classification Division to John Ehrbar, Chief Field Advisory Services Div., 5/23/01 re: updating the Defense Civilian Payroll System |
| **8** | Letter from Reynaldo Campos, President, IAFF Local F-33 to Richard Halcomb, Deputy Fire Chief, 9/17/02 re: Union Grievance |
| **9** | Letter from Richard Halcomb, Deputy Fire Chief to Rey Campos, IAFF President, Local F-33, 10/23/02 re: Response to Union Grievance |

| | |
|---|---|
| **10** | Letter from Bob Filner, Congressman to Michael V. Henning, 9/11/02 |
| **11** | Response letter from Norm Chamberland, Head Congressional and Employee Inquiry Unit to Bob Filner, Congressman, 11/02/02 |
| **12** | Letter from Patrick Shine, Director, Military and Civilian Pay Services to Department of the Navy, 10/16/02 |
| **13** | Letter from Congressman Bob Filner to Michael V. Henning, 10/21/02 |
| **14** | Response letter from Norm Chamberland to Congressman Filner, 12/10/02 |
| **15** | Email correspondence from Terri Duenas to Rick Halcom, 01/15/03 |
| **16** | Letter from Arthur Buck, III, Staff Director to Congressman Filner, 02/04/03 |
| **17** | Letter from Congressman Filner to Michael V. Henning, 02/11/03 |
| **18** | Letter from Charles A. Rogers, Director, Department of Defense to Congressman Filner, 03/21/03 |
| **19** | Letter from Congressman Filner to Michael Henning, 03/28/03 |
| **20** | Email correspondence from Terri Duenas to Egidi, Halcomb, McHan, 07/23/03 |
| **21** | Memo for Director of Civilian Pay Policy re: Addition of a Firefighter Work Schedule, 11/24/03 |
| **22** | Email correspondence from Terri Duenas to Egidi, Halcomb, Smith, McHan, Henning, Campos re: 168-hour schedule |
| **23** | Email correspondence from Holderly, Richard, 12/02/03 re: 168-hour schedule |
| **24** | Email correspondence from Terri Duenas to Jamir, Eduardo, 02/19/04 |
| **25** | Email correspondence from Terri Duenas to Santana, Lucia, 03/01/04 |
| **26** | Request for Completion of SF-52—Personnel Action for Raymond B. Mathews, Charles Ricks, John W. Prey, Schilling, Timothy Agee, Sabbas K. Robinson, and Laurence Long |
| **27** | Battallion #3 SCI 7+7 Work Schedule, A Division |
| **28** | Federal Fire Department San Clemente Island Southern California Channel Island Offshore Allowance |
| **29** | Henning Pay Statement |
| **30** | Employee History Report |
| **31** | Henning's Civilian Leave and Earning Statement |
| **32** | Henning's Employee History Report |
| **33** | Swanner Employee History Report |
| **34** | Sample Pay Computation for 24-Hour Shift Firefighters |
| **35** | Definition of Annual Leave by U.S. Office of Personnel Management |
| **36** | Retirement Facts 14, Law Enforcement and Firefighter CSRS Retirement, Civil Service Retirement System |
| **37** | Understanding Agency Contributions, TSP Features for Civilians |
| **38** | Office of Personnel Management, Retirement and Insurance Service Benefits Administration Letter, Number 01-107, 06/19/01 |
| **39** | Guide to Processing Personnel Actions |
| **40** | Composite Exhibit of pay records, damage calculations, summary and calculation explanation for each plaintiff. |

In addition to the above exhibits, we may use the following statements and transcripts for impeachment, to refresh recollection, or other purposes:

(1) Deposition transcript of Dennis Turner, Defendant 30(b)(6) witness, Friday, March 24, 2006.

(2) Deposition transcript of Linda Greely, Defendant 30(b)(6) witness, dated February 27, 2006.

(3) Declaration of Michael Henning, dated October 31, 2006.

Respectfully submitted

Dated: December 8, 2006

s/David Ricksecker

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

**CERTIFICATE OF SERVICE**

This to certify that a true and accurate copy of the foregoing Plaintiffs' Exhibit List have been served via first-class mail, on this 8th day of December, 2006 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

s/David Ricksecker
David Ricksecker