IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AGEE, TIMOTHY T., et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | CASE NO: 04-1575C<br>Judge Wheeler |

**PLAINTIFFS' SUPPLEMENTAL WITNESS LIST**

Pursuant to Judge Wheeler's ruling denying bifurcation and denying the request to stay the trial pending completion of summary judgment motions, Plaintiffs Timothy Agee, *et al.*, respectfully submits the following supplemental witness list.

(1) Michael Henning, plaintiff fire fighter. We expect to call Mr. Henning to testify concerning the general background of the case. Mr. Henning will also testify about the change in work schedule, how fire fighters are paid and accrue other benefits, and the fire fighters' efforts to get the Government to properly calculate basic pay and the offshore allowance using the 168 hour tour of duty. We expect him to testify for approximately one to two hours.

(2) If necessary, we may call Christopher Swanner, plaintiff fire fighter. If necessary, we may call Mr. Swanner to testify concerning the general background of the case. Mr. Swanner will also testify, if necessary, about the change in work schedule, how fire fighters are paid and accrue other benefits,

and the fire fighters' efforts to get the Government to properly calculate basic pay and the offshore allowance using the 168 hour tour of duty. We expect him to testify for approximately one hour.

(3) Keith Nickerson, Litigation Director, Woodley & McGillivary. We expect to call Mr. Nickerson to testify concerning the individual damage calculations, as well as how those amounts were calculated.

(4) Dennis Turner, Chief of Classification and Pay Branch, Field Advisory Services Division, DoD Civilian Personnel Management Service. If necessary, we will call Mr. Turner, to testify regarding whether the employer either knew or showed reckless disregard for the matter of whether its conduct was prohibited by the FLSA.

(5) Linda Greely, DFAS. If necessary, we will call Linda Greeley to testify regarding whether the employer either knew or showed reckless disregard for the matter of whether its conduct was prohibited by the FLSA.

Respectfully submitted,

Dated: December 8, 2006

__s/David Ricksecker_________

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

**CERTIFICATE OF SERVICE**

This to certify that a true and accurate copy of the foregoing Plaintiffs' Supplemental Witness List have been served via first-class mail, on this 8th day of December, 2006 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

s/David Ricksecker
David Ricksecker