# In the United States Court of Federal Claims

No. 04-1575C

(Filed: January 3, 2007)

```
**************************************** *
                                          *
TIMOTHY T. AGEE et al.,                   *
                                          *
                        Plaintiffs,       *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                        Defendant.        *
                                          *
**************************************** *
```

<u>ORDER REGARDING POST-TRIAL BRIEFS</u>

The Court has received the official transcript of the December 18, 2006 trial in this matter. As agreed with counsel at the close of trial, the post-trial briefing schedule shall be as follows:

1. Opening briefs from both parties shall be due within 30 days from the date of this Order, on or before February 2, 2007. The briefs should contain at a minimum the factual and legal basis for granting or denying each element of Plaintiffs' damages claim. Where Defendant disagrees with the calculation of Plaintiffs' proposed damages, Defendant is encouraged to submit its own alternative calculations that it asserts are correct.

2. Response briefs from both parties may be filed within 15 days after receipt of the opening briefs, on or before February 20, 2007.

IT IS SO ORDERED.

<u>s/Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge