AGEE V US
DAMAGES CALCULATIONS SUMMARY

| | First Name | Last Name | OFF SHORE ALLOWANCE AMOUNT DUE | ANNUAL LEAVE HOURS AMOUNT DUE | NON-DEDUCTED ANNUAL LEAVE HRS | SICK LEAVE HOURS AMOUNT DUE |
|---|---|---|---|---|---|---|
| 1 | Timothy T. | Agee | $1,112.00 | 302.40 | 449.00 | 151.20 |
| 2 | Harlan G. | Bennett | $1,144.40 | 302.40 | 339.00 | 141.20 |
| 3 | Ronnie Lane | Chestnut | $1,082.60 | 285.60 | 454.00 | 142.80 |
| 4 | John F. | Cunningham | $1,098.05 | 288.00 | 500.00 | 144.00 |
| 5 | James S. | Goleta | $883.00 | 226.20 | 906.00 | 116.40 |
| 6 | Michael V. | Henning | $1,121.15 | 292.80 | 404.00 | 146.40 |
| 7 | Robert G. | Hill | $1,183.75 | 300.00 | 260.00 | 156.00 |
| 8 | Gregory T. | Hudgens | $1,068.75 | 307.20 | 350.00 | 153.60 |
| 9 | Wayne A. | Jebb | $1,012.68 | 278.40 | 352.00 | 139.20 |
| 10 | Gregory B. | Keller | $1,106.30 | 331.20 | 446.00 | 145.20 |
| 11 | Richard | LeClair | $1,078.50 | 286.34 | 450.88 | 143.58 |
| 12 | Laurence D. | Long | $1,120.05 | 295.20 | 413.00 | 147.60 |
| 13 | Jaime | Lopez | $1,219.40 | 321.60 | 166.00 | 160.80 |
| 14 | Raymond B. | Mathews | $1,181.80 | 312.00 | 256.00 | 156.00 |
| 15 | Richard | Ortloff | $771.15 | 204.00 | 890.00 | 102.00 |
| 16 | Thomas A. | Pistone | $1,238.65 | 267.00 | 116.00 | 163.20 |
| 17 | W. John | Prey | $1,141.10 | 300.00 | 374.00 | 150.00 |
| 18 | Charles A. | Ricks | $724.20 | 228.00 | 1109.50 | 114.00 |
| 19 | Steven M. | Schilling | $1,078.50 | 286.34 | 450.88 | 143.58 |
| 20 | John R. | Schmidt | $1,078.50 | 286.34 | 450.88 | 143.58 |
| 21 | Stephen T. | Stenberg | $1,092.20 | 288.00 | 463.00 | 144.00 |
| 22 | Christopher E. | Swanner | $1,146.85 | 302.40 | 316.00 | 151.20 |
| 23 | Ramon E. | Thomas | $1,072.10 | 283.20 | 513.00 | 141.60 |
| 24 | James R. | Wilkinson | $1,128.25 | 297.60 | 392.00 | 148.80 |
| | | | | | | |
| **AMOUNTS FOR ALL 24** | | | **$ 25,883.93** | 6872.22 | 10821.14 | 3445.94 |
| ***AMOUNTS FOR 21 WITH DATA ONLY*** | | | $ 22,648.43 | 6013.20 | 9468.50 | 3015.20 |
| ***AVG FOR 21*** | | | $ 1,078.50 | 286.34 | 450.88 | 143.58 |

2/2/2007