# CERTIFICATE OF SERVICE

This to certify that a true and accurate copy of the foregoing Plaintiffs' Memorandum of Law Regarding Liability and Damages and Attachments have been served via first-class mail, on this 2nd day of January, 2007 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

_____/s/David Ricksecker_____________
David Ricksecker