IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., Plaintiffs, | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs, Timothy T. Agee, et al., and defendant, the United States, respectfully request that the Court enlarge by 31 days, from June 22, 2007, to July 23, 2007, the deadline for filing a stipulation pursuant to the Court's opinion and order dated May 23, 2007. This is the parties' first request for an enlargement of time for this purpose.

This enlargement is requested because counsel for the parties currently do not have all of the information necessary for a stipulation concerning the relief awarded in the May 23, 2007 order. In particular, counsel do not currently have information concerning the Federal Employees Group Life Insurance ("FEGLI") benefits paid to the deceased plaintiffs (Richard LeClair, Wayne Jebb, and John Cunningham).[1] Counsel for the parties have exchanged information concerning the other relief awarded by the Court, and counsel for defendant has directed the agency to obtain the additional FEGLI information as soon as possible.

For the foregoing reasons, we respectfully request that the Court grant this joint motion for an enlargement of time.

---

[1] At the time of trial, counsel were not aware that Mr. Jebb had died in October 2005. Mr. Cunningham died on May 15, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ David Ricksecker
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, DC 20005

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

June 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 22, 2007, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp