IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 04-1575C |
| | ) | Judge Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiffs, Timothy T. Agee, et al., respectfully request that the Court enlarge by 31 days, from July 23, 2007, to August 23, 2007, the deadline for filing a stipulation pursuant to the Court's opinion and order dated May 23, 2007. This motion is unopposed by the defendant, and made on behalf of both parties. This is the second request for an enlargement of time for this purpose.

This enlargement is requested because counsel for the parties currently do not have all of the information necessary for a stipulation concerning the relief awarded in the May 23, 2007 order. Since the last extension was requested, the Government provided plaintiffs information concerning the total amount deceased plaintiffs had received in Federal Employees Group Life Insurance ("FEGLI") benefits. More detailed information regarding the FEGLI plan type and calculations used to determine the benefit payment is required, however, to determine the specific

amounts owed. Counsel for the parties have exchanged information concerning the other relief awarded by the Court, and counsel for defendant has directed the agency to obtain the additional FEGLI information as soon as possible.

For the foregoing reasons, the plaintiffs, on behalf of both parties, respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

Dated: July 23, 2007

s/David Ricksecker

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

## CERTIFICATE OF FILING

I hereby certify that on July 23, 2007, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 23, 2007

__s/David Ricksecker___

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel