# In the United States Court of Federal Claims

No. 04-1575C

(Filed: July 25, 2007)

*************************************** *
*
TIMOTHY T. AGEE et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On July 23, 2007, Plaintiffs filed an unopposed motion for a thirty-one day enlargement of time to submit a joint stipulation of compensation due to Plaintiffs in accordance with the Court's May 23, 2007 Opinion. For good cause shown, Plaintiffs' request is granted. The parties shall submit a joint stipulation on or before August 23, 2007. Further enlargements of time, however, will not be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge