IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully request that the Court enlarge by seven days, from August 23, 2007, to August 30, 2007, the deadline for filing a stipulation pursuant to the Court's opinion and order dated May 23, 2007. The parties previously obtained two enlargements of time for a total of 60 days. Counsel for plaintiffs has authorized us to state that plaintiffs do not oppose this motion.

The parties previously requested additional time in order to obtain data necessary to perform the calculation of damages and interest in accordance with the Court's order. The parties used the additional time to obtain all of the necessary data. Counsel for the parties met on August 12, 2007, to compare their computations, and will meet again on today, August 23, to finalize those computations. Because of the unanticipated complexity in computing damages and interest for the 24 plaintiffs in this case, which has entailed preparing customized spreadsheets for each plaintiff and each category of damages, defendant respectfully requests this short enlargement in order to give the parties additional time to agree upon a stipulation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

August 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 23, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp