IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court enlarge by 21 days, from August 30, 2007, to September 20, 2007, the deadline for filing a stipulation pursuant to the Court's opinion and order dated May 23, 2007. The parties previously obtained three enlargements of time for a total of 67 days. Counsel for plaintiffs has authorized us to state that plaintiffs do not oppose this motion.

This enlargement is requested in order to allow the interested agency, the Department of the Navy, additional time in which to review and comment upon counsel's draft computation of damages. Because the damages calculation for each plaintiff is unique, defendant's counsel has prepared a customized spreadsheet for each plaintiff that computes the remote worksite allowance, annual leave credit, sick leave credit, lump sum annual leave payments for plaintiffs who are separated from Federal service, Back Pay Act interest, and Federal Employees Group Life Insurance adjustments.

Over the last three weeks, defendant's counsel has conferred extensively with plaintiffs' counsel concerning the draft computations. Today, August 30, 2007, the parties' counsel made what they currently believe will be the final adjustments to the draft computations. However, although the agency has been consulted during the computation process, the agency has not had

an opportunity to review and comment upon trial counsel's final computation. We respectfully request a 21-day enlargement so that the agency may have that opportunity.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
by s/ Mark A. Melnick
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

August 30, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 30, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp