# In the United States Court of Federal Claims

No. 04-1575C

(Filed: August 31, 2007)

```
****************************************** *
                                           *
TIMOTHY T. AGEE et al.,                    *
                                           *
                    Plaintiffs,            *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**ORDER**

On August 30, 2007, Defendant filed an unopposed motion for a 21-day enlargement of time to submit a joint stipulation of compensation due to Plaintiffs in accordance with the Court's May 23, 2007 Opinion. For good cause shown, Defendant's request is GRANTED. The parties will be expected to conclude this matter on or before September 20, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge