IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court enlarge by seven days, from September 20, 2007, to September 27, 2007, the deadline for filing a stipulation pursuant to the Court's opinion and order dated May 23, 2007. The parties previously obtained four enlargements of time for a total of 88 days. Defendant's counsel attempted to reach counsel for plaintiffs to determine whether plaintiffs would oppose this motion, but was unable to reach plaintiff's counsel.

The parties have requested a series of enlargements because the stipulation involves complex calculations that must be customized for each of the 24 plaintiffs, and because the parties needed to obtain additional information concerning some of the plaintiffs' pay and benefits. In our last motion for an enlargement, we advised the Court that trial counsel had conferred extensively upon a draft calculation of damages, which was being sent to the interested agency for comment. The agency has now provided its comments, and the Government respectfully request an additional seven days in which to draft and agree upon a final version of the stipulation.

For the foregoing reasons, we respectfully request that the Court enlarge by seven days the deadline for filing the stipulation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
by s/ Kathryn A. Bleecker
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

September 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 20, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp