IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1575C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT STIPULATION OF DAMAGES**

Plaintiffs, Timothy Agee et al., and defendant, the United States, respectfully submit the following stipulation concerning the damages and other relief to be awarded in accordance with the Court's May 23, 2007 opinion and order. The parties enter into this stipulation without prejudice to their rights to appeal the opinion and order in whole or in part.

The plaintiffs should receive a monetary award of $181,086.01, consisting of: (a) 25,883.93 for unpaid remote worksite allowance; (b) $12,300.72 for Back Pay Act interest for unpaid remote worksite allowance; (c) $68,316.73 for annual leave lump sums for firefighters who have separated from Federal service; (d) $13,985.75 for Back Pay Act interest for annual leave lump sums for firefighters who have separated from Federal service; and (e) $60,598.88 for the FEGLI benefits that deceased plaintiffs John Cunningham, Wayne Jebb, and Richard LeClair would have received had the agency calculated their rate of pay for FEGLI purposes using the 168-hour schedule instead of the 144-hour schedule. The monetary award should be distributed among the plaintiffs in accordance with the attached Schedule A.

The plaintiffs who are currently in Federal service should have their annual leave and sick leave accounts credited as follows:

1. Agee, Timothy. Mr. Agee should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

2. Bennett, Harlan. Mr. Bennett should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

3. Goleta, James. Mr. Goleta should receive a credit of 327.6 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

4. Henning, Michael. Mr. Henning should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

5. Hill, Robert. Mr. Hill should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

6. Lopez, Jaime. Mr. Lopez should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

7. Matthews, Raymond. Mr. Raymond should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

8. Pistone, Thomas. Mr. Pistone should receive a credit of 276 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

9. Schilling, Steven. Mr. Schilling should receive a credit of 331 hours to his annual leave account and a credit of 165.5 hours to his sick leave account.

10. Stenberg, Stephen. Mr. Stenberg should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

11. Swanner, Christopher. Mr. Swanner should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

12. Thomas, Ramon. Mr. Ramon should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

13. Wilkinson, James. Mr. Wilkinson should receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

To date, the parties have not been able to agree upon attorney fees and costs sought by plaintiffs. Plaintiffs reserve the right to file a motion for attorney fees and costs in the event that the parties cannot agree.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ David Ricksecker
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, DC 20005

Attorney for Plaintiffs

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor,
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

Attorneys for Defendant

September 27, 2007