# In the United States Court of Federal Claims

No. 04-1575C

(Filed: September 28, 2007)

****************************************** *
*
TIMOTHY T. AGEE et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER FOR ENTRY OF JUDGMENT

The Clerk is requested to enter Judgment for Plaintiffs based upon the May 23, 2007 Opinion and Order in Timothy T. Agee et al. v. United States, 77 Fed. Cl. 84 (2007), and the parties' September 27, 2007 Joint Stipulation of Damages.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge