# In the United States Court of Federal Claims

**No. 04-1575 C**

**TIMOTHY T. AGEE, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed May 23, 2007, the parties' September 27, 2007 Joint Stipulation of Damages and the court's Order for Entry of Judgment, filed September 28, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the a monetary award of $181,086.01, consisting of: (a) $25,883.93 for unpaid remote work-site allowance; (b) $12,300.72 for Back Pay Act interest for unpaid remote work-site allowance; (c) $68,316.73 for annual leave lump sums for firefighters who have separated from Federal service; (d) $13,985.75 fro Back Pay Act interest for annual leave lump sums for firefighters who have separated from Federal service; and (e) $60,598.88 for the FEGLI benefits that deceased plaintiffs John Cunningham, Wayne Jebb, and Richard LeClair would have received has the agency calculated their rate of pay for FEGLI purposes using the 168-hour schedule instead of the 144-hour schedule. This monetary award shall be distributed among the plaintiffs in accordance with the attached Schedule A.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs who are currently in Federal Service should have their annual leave and sick leave accounts credited as follows:

1. Timothy Agee shall receive a credit of 338.4 hours to his annual leave and a credit of 169.2 hours to his sick leave account.
2. Harlan Bennett shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
3. James Goleta shall receive a credit of 327.6 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
4. Michael Henning shall receive a credit of 338.4 hours to his annual leave account and a

credit of 169.2 hours to his sick leave account.

5. Robert Hill shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
6. Jaime Lopez shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
7. Raymond Matthews shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
8. Thomas Pistone shall receive a credit of 276 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
9. Steven Schilling shall receive a credit of 331 hours to his annual leave account and a credit of 165.5 hours to his sick leave account.
10. Stephen Stenberg shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
11. Christopher Swanner shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
12. Ramon Thomas shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.
13. James Wilkinson shall receive a credit of 338.4 hours to his annual leave account and a credit of 169.2 hours to his sick leave account.

Brian Bishop
Clerk of Court

**September 28, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.