# SCHEDULE A

AGEE V US
DAMAGES CALCULATIONS SUMMARY

| | First Name | Last Name | REMOTE WORKSITE ALLOWANCE | BACK PAY ACT INTEREST ON REMOTE WORKSITE ALLOWANCE | SICK LEAVE HOURS | ANNUAL LEAVE HOURS | ANNUAL LEAVE LUMP SUM FOR SEPARATED FFS | BACK PAY ACT INTEREST ON ANNUAL LEAVE LUMP SUMS | FEGLI CLAIM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Timothy T. | Agee | $1,112.00 | $520.83 | 169.20 | 338.40 | | | | |
| 2 | Harlan G. | Bennett | $1,144.40 | $556.22 | 169.20 | 338.40 | | | | |
| 3 | Ronnie Lane | Chestnut | $1,082.60 | $518.10 | | 338.40 | $6,770.86 | $903.21 | | |
| 4 | John F. | Cunningham | $1,098.05 | $539.89 | | 338.40 | $6,092.81 | $309.37 | $902.96 | |
| 5 | James S. | Goleta | $883.00 | $423.55 | 169.20 | 327.60 | | | | |
| 6 | Michael V. | Henning | $1,121.15 | $531.56 | 169.20 | 338.40 | | | | |
| 7 | Robert G. | Hill | $1,183.75 | $564.54 | 169.20 | 324.60 | | | | |
| 8 | Gregory T. | Hudgens | $1,068.75 | $501.31 | | 338.40 | $5,937.11 | $348.12 | | |
| 9 | Wayne A. | Jebb | $1,012.68 | $503.15 | | 312.00 | $5,816.85 | $1,251.04 | $9,165.92 | |
| 10 | Gregory B. | Keller | $1,106.30 | $502.30 | | 338.40 | $6,770.58 | $345.34 | | |
| 11 | Richard | LeClair | $1,078.50 | $512.53 | | 331.06 | $6,333.75 | $3,399.97 | $50,530.00 | |
| 12 | Laurence D. | Long | $1,120.05 | $536.31 | | 338.40 | $6,594.49 | $336.36 | | |
| 13 | Jaime | Lopez | $1,219.40 | $587.82 | 169.20 | 338.40 | | | | |
| 14 | Raymond B. | Mathews | $1,181.80 | $570.46 | 169.20 | 338.40 | | | | |
| 15 | Richard | Orloff | $771.15 | $390.64 | | 297.60 | $5,115.53 | $1,456.75 | | |
| 16 | Thomas A. | Pistone | $1,238.65 | $587.69 | 169.20 | 276.00 | | | | |
| 17 | W. John | Prey | $1,141.10 | $532.75 | | 338.40 | $6,092.81 | $774.47 | | |
| 18 | Charles A. | Ricks | $724.20 | $265.40 | | 338.40 | $6,594.49 | $243.88 | | |
| 19 | Steven M. | Schilling | $1,078.50 | $512.53 | 165.50 | 331.06 | | | | |
| 20 | John R. | Schmidt | $1,078.50 | $512.53 | | 331.06 | $6,197.44 | $4,617.24 | | |
| 21 | Stephen T. | Stenberg | $1,092.20 | $518.33 | 169.20 | 338.40 | | | | |
| 22 | Christopher E. | Swanner | $1,146.85 | $550.84 | 169.20 | 338.40 | | | | |
| 23 | Ramon E. | Thomas | $1,072.10 | $516.77 | 169.20 | 338.40 | | | | |
| 24 | James R. | Wilkinson | $1,128.25 | $544.67 | 169.20 | 338.40 | | | | |
| | AMOUNTS FOR ALL 24 | | $ 25,883.93 | $12,300.72 | 2195.90 | 7945.38 | $68,316.73 | $13,985.75 | $ 60,598.88 | |
| | TOTAL MONETARY AWARD | | | | | | | | | $181,086.01 |

9/27/2007