# In the United States Court of Federal Claims

No. 04-1575C

(Filed: November 2, 2007)

```
**************************************** *
                                         *
TIMOTHY T. AGEE et al.,                  *
                                         *
                    Plaintiffs,          *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**ORDER**

On September 28, 2007, this Court entered Judgment in the above captioned case. On October 26, 2007, Plaintiffs filed a motion for enlargement of time to file its petition for attorney fees. In accordance with RCFC 54(D)(2) and 28 U.S.C. § 2412(d)(2)(G), Plaintiffs' motion is DENIED AS MOOT. Plaintiffs should file their petition for fees within 30 days of the date at which judgment becomes *final and not appealable*.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge