IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 04-1575C |
| | ) | Judge Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE FEE PETITION**

Plaintiffs, Timothy Agee *et al.*, respectfully requests that the Court enlarge by 30 days, from December 26, 2007, to January 25, 2008, the deadline for filing an attorneys' fee petition. The plaintiffs intend to seek attorneys' fees and costs related to this matter should the matter not be resolved with the Defendant. The parties are currently discussing a resolution of this matter, inclusive of attorneys' fees and costs and are hopeful the matter will be resolved. Counsel for Defendant has authorized us to state that the Defendant does not oppose this motion.

Over the last several weeks, parties' counsel have conferred extensively regarding resolution of this matter. Plaintiffs have made a settlement proposal that is under consideration by the Government. The Government's trial attorney has advised that the Government will not be able to respond prior to December 26, 2007, due to the holidays and counsel's pretrial preparation duties in Tetra Tech, EC v. United States, Case No. 06-146 (Fed. Cl.). Thus, the Plaintiffs respectfully request a 30-day enlargement of time for the plaintiffs to file an attorney fee petition.

Respectfully submitted,

Dated: December 18, 2007 s/David Ricksecker

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

# CERTIFICATE OF SERVICE

This to certify that a true and accurate copy of the foregoing Plaintiffs' Unopposed Motion for Enlargement of Time to File Fee Petition has been served via ECF and first-class mail, on this 18th day of December, 2007 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

s/David Ricksecker
David Ricksecker