# In the United States Court of Federal Claims

No. 04-1575C

(Filed: January 22, 2008)

****************************************** *
*
TIMOTHY T. AGEE et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

**ORDER**

On January 22, 2008, Plaintiffs filed an unopposed motion for a 21-day enlargement of time for Plaintiffs to file a petition for attorneys' fees. For good cause shown, Plaintiffs' request is GRANTED. Accordingly, Plaintiffs' petition for attorneys' fees is due by February 15, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge