IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 04-1575C |
| | ) | Judge Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE FEE PETITION**

Plaintiffs, Timothy Agee *et al.*, respectfully requests that the Court enlarge by 31 days, from February 15, 2008 to March 17, 2008, the deadline for filing an attorneys' fee petition. The plaintiffs intend to seek attorneys' fees and costs related to this matter should the matter not be resolved with the Defendant. The parties are currently discussing a resolution of this matter, inclusive of attorneys' fees and costs, and are hopeful the matter will be resolved. Counsel for Defendant has authorized us to state that the Defendant supports this motion.

The parties' counsel have conferred extensively regarding resolution of this matter. On December 11, 2007, the parties engaged in settlement discussions to resolve this matter. On December 12, 2007, the plaintiffs offered a settlement proposal to the Government. Since then, the parties have continued extensive dialogue regarding the proposal. As the Court is aware, counsel for the Government in this case tried the case of Tetra Tech, EC, Inc. v. United States, No. 06-146 (Fed. Cl.) on January 14-17, 2008. Due to his trial responsibilities in that case, the Government's counsel was not available to discuss plaintiff's settlement proposal concerning EAJA fees and expenses in this case.

This delayed the settlement approval process. The Plaintiffs' settlement proposal is still under consideration by the Government, and counsel for the Government has advised the Plaintiffs that a response should be forthcoming within the next two weeks. Although this is the plaintiffs' third motion for an enlargement of time to file an attorneys' fee petition in this matter, parties' counsel continue to believe that this matter can be resolved without any further litigation. Thus, the Plaintiffs respectfully request a 31-day enlargement of time for the plaintiffs to file an attorney fee petition.

Respectfully submitted,

Dated: February 11, 2008

s/David Ricksecker

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

**CERTIFICATE OF SERVICE**

This to certify that a true and accurate copy of the foregoing Plaintiffs' Third Unopposed Motion for Enlargement of Time to File Fee Petition has been served via ECF and first-class mail, on this 11th day of February, 2008 to the following counsel for the defendant:

Roger Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

s/David Ricksecker
David Ricksecker