# In the United States Court of Federal Claims

No. 04-1575C

(Filed: March 17, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| TIMOTHY T. AGEE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**ORDER**

On March 14, 2008, Plaintiffs filed an unopposed motion for an 18-day enlargement of time for Plaintiffs to file a petition for attorneys' fees. For good cause shown, Plaintiffs' request is GRANTED. Accordingly, Plaintiffs' petition for attorneys' fees is due by April 4, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge