# EXHIBIT A

# Woodley & McGillivary

## Attorneys' Fees and Costs

*Report Period: 07/24/2004 to 03/12/2008*

**IAFF**
**Local F-33 Overtime Suit**

| | | |
|---|---|---|
| Fees | | $172,626.60 |
| Expenses | | $10,163.36 |
| | **Total:** | $182,789.96 |

# Woodley & McGillivary

## Expenses Incurred

*Report Period: 07/24/2004 to 03/12/2008*

**IAFF**
**Local F-33 Overtime Suit**

| | | |
|---|---|---|
| Courier | | $23.15 |
| Court Records Accessed Electronically | | $8.24 |
| Depositions/Transcripts | | $2,390.80 |
| Filing Fee | | $150.00 |
| Lexis | | $807.94 |
| Long Distance Calls | | $103.31 |
| Outside Xerox Copying | | $602.16 |
| Photocopies | | $2,451.36 |
| Postage | | $74.21 |
| Storage fee | | $10.71 |
| Supplies | | $258.34 |
| Travel Expense | | $3,274.46 |
| United Parcel Service | | $8.68 |
| | **Total:** | $10,163.36 |

# Woodley & McGillivary

Summary of Attorneys' Fees

*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

## Thomas Woodley

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2004 | 574 | 30.30 | | $17,392.20 |
| 2005 | 574 | 3.20 | | $1,836.80 |
| 2005 | 598 | 2.40 | | $1,435.20 |
| 2006 | 598 | 2.00 | | $1,196.00 |
| 2006 | 614 | 6.70 | | $4,113.80 |
| 2007 | 614 | 0.40 | | $245.60 |
| 2007 | 645 | 1.80 | | $1,161.00 |
| 2008 | 645 | 0.30 | | $193.50 |
| | | | Sub Total: | $27,574.10 |

## Gregory McGillivary

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2004 | 574 | 0.70 | | $401.80 |
| 2006 | 614 | 2.60 | | $1,596.40 |
| 2007 | 614 | 1.10 | | $675.40 |
| 2007 | 645 | 0.70 | | $451.50 |
| | | | Sub Total: | $3,125.10 |

## Douglas Steele

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2006 | 497 | 5.70 | | $2,832.90 |
| | | | Sub Total: | $2,832.90 |

## David Ricksecker

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2004 | 239 | 32.60 | | $7,791.40 |
| 2005 | 293 | 9.10 | | $2,666.30 |
| 2005 | 305 | 30.10 | | $9,180.50 |
| 2006 | 305 | 84.40 | | $25,742.00 |
| 2006 | 313 | 153.80 | | $48,138.40 |
| 2007 | 313 | 44.50 | | $13,928.50 |
| 2007 | 329 | 52.00 | | $17,108.00 |
| 2008 | 329 | 7.50 | | $2,467.50 |
| | | | Sub Total: | $127,023.60 |

## Victoria Kurak

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2006 | 136 | 0.50 | | $68.00 |
| 2006 | 139 | 27.50 | | $3,822.50 |
| | | | Sub Total: | $3,890.50 |

## Keith Nickerson

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2006 | 139 | 53.60 | | $7,450.40 |
| 2007 | 146 | 5.00 | | $730.00 |
| | | | Sub Total: | $8,180.40 |

Grand Total: $172,626.60

# Woodley & McGillivary

## Attorneys' Fees and Costs

*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| | | |
|---|---|---|
| Fees | | $132,150.50 |
| Expenses | | $10,163.36 |
| | **Total:** | $142,313.86 |

# Woodley & McGillivary

## Expenses Incurred

*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| | | |
|---|---|---|
| Courier | | $23.15 |
| Court Records Accessed Electronically | | $8.24 |
| Depositions/Transcripts | | $2,390.80 |
| Filing Fee | | $150.00 |
| Lexis | | $807.94 |
| Long Distance Calls | | $103.31 |
| Outside Xerox Copying | | $602.16 |
| Photocopies | | $2,451.36 |
| Postage | | $74.21 |
| Storage fee | | $10.71 |
| Supplies | | $258.34 |
| Travel Expense | | $3,274.46 |
| United Parcel Service | | $8.68 |
| | **Total:** | $10,163.36 |

# Woodley & McGillivary

Summary of Attorneys' Fees
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

Thomas Woodley

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2004 | 390 | 30.30 | | $11,817.00 |
| 2005 | 390 | 3.20 | | $1,248.00 |
| 2005 | 405 | 2.40 | | $972.00 |
| 2006 | 405 | 2.00 | | $810.00 |
| 2006 | 425 | 6.70 | | $2,847.50 |
| 2007 | 425 | 0.40 | | $170.00 |
| 2007 | 440 | 1.80 | | $792.00 |
| 2008 | 440 | 0.30 | | $132.00 |
| | | | Sub Total: | $18,788.50 |

Gregory McGillivary

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2004 | 390 | 0.70 | | $273.00 |
| 2006 | 425 | 2.60 | | $1,105.00 |
| 2007 | 425 | 1.10 | | $467.50 |
| 2007 | 440 | 0.70 | | $308.00 |
| | | | Sub Total: | $2,153.50 |

Douglas Steele

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2006 | 360 | 5.70 | | $2,052.00 |
| | | | Sub Total: | $2,052.00 |

David Ricksecker

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2004 | 185 | 32.60 | | $6,031.00 |
| 2005 | 225 | 9.10 | | $2,047.50 |
| 2005 | 235 | 30.10 | | $7,073.50 |
| 2006 | 235 | 84.40 | | $19,834.00 |
| 2006 | 245 | 153.80 | | $37,681.00 |
| 2007 | 245 | 44.50 | | $10,902.50 |
| 2007 | 255 | 52.00 | | $13,260.00 |
| 2008 | 255 | 7.50 | | $1,912.50 |
| | | | Sub Total: | $98,742.00 |

Victoria Kurak

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2006 | 115 | 0.50 | | $57.50 |
| 2006 | 120 | 27.50 | | $3,300.00 |
| | | | Sub Total: | $3,357.50 |

Keith Nickerson

| Year | Rate | Hours Worked | | Amount |
|---|---|---|---|---|
| 2006 | 120 | 53.60 | | $6,432.00 |
| 2007 | 125 | 5.00 | | $625.00 |
| | | | Sub Total: | $7,057.00 |

| | |
|---|---|
| Grand Total: | $132,150.50 |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Thomas Woodley**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 7/24/2004 | 3.20 | Analysis of papers submitted by San Clemente fire fighters re pay issues; research and preparation of opinion letter re same. |
| 8/16/2004 | 1.70 | Conference with Campos and Misone re facts and issues; preparation of file notes re same. |
| 9/9/2004 | 0.60 | Long distance telephone conference with Henning and Campos re strategy. |
| 9/10/2004 | 0.40 | Further long distance telephone conference with Henning re same and documents. |
| 9/13/2004 | 1.30 | Emails to and from fire fighter representative Johnson re status; correspondence to fire fighter representatives re same; preparation of case file. |
| 9/15/2004 | 3.50 | Long distance telephone conference with Campos and Henning re issues; study documents from Henning; preparation of file memo re same; office conference re same. |
| 9/17/2004 | 2.10 | Long distance telephone conference with Henning re facts; research re issues; office conference re same. |
| 9/23/2004 | 3.50 | Analysis of research memos; office conference re same; compile binder of papers for conference with fire fighters. |
| 9/27/2004 | 8.20 | Prepare for and meet with Henning and other fire fighters re pay claims and strategy; preparation of file memo re same; telephone conference with Campos re same. |
| 9/29/2004 | 0.40 | Office conference re drafting of Court complaint. |
| 10/1/2004 | 0.30 | Office conference re additional facts from Henning. |
| 10/11/2004 | 1.50 | Initial review of draft Complaint; documents from Henning; preparation of file notes re same; office conference re issues. |
| 10/15/2004 | 0.70 | Further review and editing of Complaint. |
| 10/18/2004 | 1.60 | Office conference re time limit issues; research re same. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Thomas Woodley**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/27/2004 | 0.30 | Email re plaintiff status. |
| 11/10/2004 | 0.30 | Office conference re amending Complaint. |
| 11/22/2004 | 0.40 | Office conference re status. |
| 12/17/2004 | 0.30 | Office conference re status and investigation. |
| 1/3/2005 | 0.40 | Edit letter to plaintiffs. |
| 2/18/2005 | 1.30 | Email from plaintiff Henning re strategy; reply email re same; office conference re same. |
| 4/8/2005 | 0.40 | Review defendants answer to complaint. |
| 4/15/2005 | 0.50 | Emails exchanged with Henning re strategy. |
| 5/10/2005 | 0.60 | Review and edit status report to Court. |
| 7/15/2005 | 1.10 | Office conference re claims; edit letter to Department of Justice attorney re same. |
| 8/26/2005 | 0.30 | Edit discovery letter to defendants counsel. |
| 9/12/2005 | 0.30 | Office conference re documents. |
| 9/14/2005 | 0.40 | Further office conference re discovery. |
| 12/2/2005 | 0.30 | Office conference regarding status. |
| 1/24/2006 | 0.30 | Office conference re settlement. |
| 2/3/2006 | 0.20 | Email regarding status. |
| 2/8/2006 | 0.20 | Office conference re discovery. |
| 4/10/2006 | 1.30 | Office conference re settlement issues; review file data; edit draft of letter to Department of Justice attorney re proposed settlement. |
| 6/26/2006 | 0.50 | Email from fire fighter representative Henning re settlement issues; office conference re same. |
| 7/17/2006 | 0.60 | Emails re strategy. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Thomas Woodley**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 9/27/2006 | 0.40 | Office conference re settlement issues. |
| 10/12/2006 | 1.10 | Office conference re summary judgment issues; review file papers. |
| 11/2/2006 | 1.80 | Review files; edit draft summary judgment motion; office conference re same. |
| 12/12/2006 | 0.90 | Office conferences re trial issues. |
| 12/18/2006 | 1.00 | Office conferences re trial strategy. |
| 12/19/2006 | 0.40 | Office conference with 3 plaintiffs re trial issues. |
| 1/23/2007 | 0.40 | Emails to fire fighters' representative re issues and status. |
| 6/4/2007 | 1.10 | Analysis of Court decision; office conference re same; review and edit letter to General President Schaitberger regarding same. |
| 10/9/2007 | 0.30 | Office conference re settlement. |
| 12/17/2007 | 0.40 | Office conference re settlement. |
| 3/4/2008 | 0.30 | Office conference re settlement. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Gregory McGillivary**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/13/2004 | 0.70 | Review and edit complaint; prepare memo about same. |
| 10/12/2006 | 0.60 | Multiple office conferences regarding strategy and preparation of MSJ. |
| 11/2/2006 | 1.40 | Review and analyze brief for MSJ; office conference regarding law and changes to draft. |
| 12/7/2006 | 0.30 | Office conference about preparation for trial; settlement of retirement claims to preserve them with MSPB. |
| 12/8/2006 | 0.30 | Conference regarding preparation for trial. |
| 5/24/2007 | 1.10 | Review and analyze trial court decision; review method of computing damages under decision with Dave Ricksecker and terms of client letter for same. |
| 10/23/2007 | 0.10 | Conference about filing fee petition and strategy in light of defense counsel inability to respond. |
| 10/24/2007 | 0.30 | Conference regarding fee petition and settlement of same and timing of filing; rate to charge. |
| 10/26/2007 | 0.30 | Review proposed motion revise same and discuss with Dave. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Douglas Steele**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 1/19/2006 | 4.10 | Research background of case and law with respect to special pays, retirement, etc; office conference regarding settlement strategy. |
| 1/20/2006 | 0.20 | Office conference regarding status. |
| 1/26/2006 | 0.90 | Review and revise settlement proposal letter; office conference regarding same. |
| 3/23/2006 | 0.50 | Review and revise correspondence to opposing counsel regarding status of claims and legal theories. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 9/15/2004 | 0.20 | Office conference and review background regarding F-33 case. |
| 9/16/2004 | 0.30 | Review F-33 legal opinion background information. |
| 9/17/2004 | 1.00 | Review background materials; prepare memo on numerous issues, federal claims, retirement, pensions sick leave. |
| 9/20/2004 | 0.60 | Review background information for San Clemente. |
| 9/21/2004 | 3.60 | Research retirement and leave issues; prepare memo. |
| 9/22/2004 | 4.10 | Research retirement benefits, leave accruals, strategy for filing in federal court of claims; office conference regarding same; prepare memo regarding F-33, San Clemente Island issues. |
| 9/23/2004 | 4.60 | Prepare memo regarding San Clemente Island, F-33; research numerous sick leave, annual leave, retirement, severance pay, offshore allowance and other issues; office conference regarding same. |
| 9/29/2004 | 1.40 | Review file; office conference regarding strategy and case meeting. |
| 10/4/2004 | 1.70 | Prepare Complaint and research issues; long distance telephone conference with Local. |
| 10/5/2004 | 1.80 | Prepare Complaint; research leave and retirement issues. |
| 10/6/2004 | 2.50 | Prepare Complaint and research issues. |
| 10/7/2004 | 1.50 | Prepare Complaint; research issues. |
| 10/8/2004 | 1.20 | Prepare Complaint; office conference regarding same. |
| 10/12/2004 | 1.90 | Prepare complaint. |
| 10/13/2004 | 1.20 | Prepare Complaint; office conference regarding the same. |
| 10/14/2004 | 0.20 | Review Complaint. |
| 10/15/2004 | 1.10 | Prepare Complaint. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/18/2004 | 0.60 | Review Complaint; review consent forms; long distance telephone conference with plaintiffs. |
| 10/19/2004 | 0.50 | Review and file Complaint. |
| 11/5/2004 | 0.10 | Review new consent forms. |
| 11/10/2004 | 0.90 | Office conference regarding status; prepare First Amended Complaint. |
| 11/11/2004 | 0.40 | Prepare Amended Complaint. |
| 11/12/2004 | 0.20 | File Amended Complaint. |
| 12/13/2004 | 0.50 | Office conference regarding case; telephone conference with DOJ attorney regarding enlargement of time; long distance telephone conference with plaintiff Henning. |
| 12/17/2004 | 0.50 | Long distance telephone conference regarding case issues; office conference regarding same. |
| 1/3/2005 | 1.30 | Prepare letter on plaintiffs' rights; office conference concerning plaintiffs' rights; research same. |
| 1/4/2005 | 0.30 | Prepare letter to plaintiffs regarding rights. |
| 2/3/2005 | 0.40 | Interoffice conference regarding extension of time; telephone conference with Wellons regarding the same. |
| 2/16/2005 | 0.40 | Long distance telephone conference with plaintiff concerning case status. |
| 3/21/2005 | 0.40 | Telephone conference with attorney regarding status; interoffice conference regarding same. |
| 3/24/2005 | 0.30 | Telephone conference with Wellons regarding case status; prepare email regarding same. |
| 3/25/2005 | 0.20 | Prepare email updating Henning of case status. |
| 4/7/2005 | 0.80 | Review answer to Complaint. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/14/2005 | 0.30 | Interoffice conference regarding case status; prepare email to local on status; telephone conference with Wellons. |
| 4/15/2005 | 0.20 | Long distance telephone conference with local regarding case status. |
| 4/19/2005 | 0.50 | Long distance telephone conference with Henning; review file. |
| 4/21/2005 | 0.30 | Prepare email regarding pleadings; interoffice conference regarding status. |
| 4/22/2005 | 0.10 | Telephone conference with Wellons regarding case status. |
| 4/25/2005 | 0.20 | Review file; prepare email to plaintiff. |
| 4/27/2005 | 0.10 | Review email from plaintiff. |
| 4/30/2005 | 0.50 | Review file; prepare letter to Agency counsel. |
| 5/10/2005 | 1.20 | Telephone conference with DOJ attorney; prepare joint preliminary status report. |
| 5/11/2005 | 0.50 | Prepare Joint Preliminary Status report. |
| 5/12/2005 | 0.20 | Review Agency's re-draft of Joint Preliminary Stipulation; email comments to DOJ. |
| 5/13/2005 | 0.10 | Review correspondence from DOJ. |
| 5/18/2005 | 0.10 | Prepare email to Wellons. |
| 5/23/2005 | 0.70 | Prepare and sign status report; email correspondence with Wellons. |
| 6/10/2005 | 0.50 | Telephone conference regarding initial disclosures; prepare letter regarding same; interoffice conference regarding initial disclosures. |
| 7/7/2005 | 0.40 | Review file; telephone conference with Judge's clerk regarding conference. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 7/11/2005 | 1.60 | Telephone conference with Wellons regarding case; research back pay and review file for facts of case. |
| 7/12/2005 | 1.90 | Research back pay issues; leave back pay and benefit back pay. |
| 7/13/2005 | 2.40 | Research back pay issues; prepare letter to Wellons regarding same; review file; participate in telephone conference with Judge Braden. |
| 7/15/2005 | 0.40 | Prepare letter to Wellons regarding back pay; interoffice conference regarding same. |
| 8/22/2005 | 2.20 | Review scheduling order; prepare initial disclosures; prepare interrogatories and document production. |
| 8/24/2005 | 1.20 | Telephone conference with Wellons regarding status; prepare email regarding case strategy; prepare letter to Wellons requesting documents. |
| 8/26/2005 | 0.20 | Prepare letter to Wellons. |
| 9/12/2005 | 0.40 | Review file; interoffice conference on strategy; telephone conference to Wellons. |
| 9/14/2005 | 5.90 | Prepare discovery; telephone conference with Wellons; interoffice conference; long distance telephone conference with Henning; prepare memo on damages; calculate and research damages. |
| 9/15/2005 | 1.40 | Prepare discovery; prepare letter to Wellons; prepare email to client; prepare damages memo. |
| 9/27/2005 | 1.80 | Prepare settlement and damages memorandum. |
| 9/30/2005 | 0.20 | Prepare email to plaintiff regarding pay stubs. |
| 10/5/2005 | 0.20 | Review email from local. |
| 10/6/2005 | 0.70 | Prepare email to opposing counsel regarding documents and settlement letter; interoffice conference on damages; review damages memo. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/7/2005 | 0.80 | Prepare email to plaintiff; telephone conference with Wellons regarding status of conference. |
| 10/10/2005 | 0.40 | Prepare email regarding cancellation of conference. |
| 10/11/2005 | 0.20 | Long distance telephone conference with Plaintiff regarding cancellation of conference. |
| 10/21/2005 | 0.30 | Prepare email to Wellons; review file. |
| 10/25/2005 | 0.20 | Prepare email to Wellons; telephone conference regarding same. |
| 10/26/2005 | 0.30 | Prepare email to Wellons; review file. |
| 10/29/2005 | 0.20 | Prepare email to Wellons regarding documents and meeting. |
| 11/10/2005 | 0.60 | Review file; long distance telephone conference with Wellons; interoffice conference regarding same. |
| 11/11/2005 | 0.50 | Long distance telephone conference with plaintiff. |
| 11/17/2005 | 0.30 | Review file; prepare email to Wellons. |
| 11/18/2005 | 0.30 | Prepare email to Wellons. |
| 11/21/2005 | 0.50 | Telephone conference with Wellons; review documents. |
| 11/22/2005 | 1.30 | Review documents provided by Wellons; prepare e-mail to Wellons regarding extension of time and meeting. |
| 11/29/2005 | 0.30 | Prepare e-mail for Wellons. |
| 11/30/2005 | 0.20 | Telephone conference with Wellons. |
| 12/2/2005 | 0.20 | Interoffice conference regarding case status. |
| 12/19/2005 | 1.00 | Review protective order; prepare email to Wellons regarding same. |
| 12/20/2005 | 1.10 | Review documents regarding extension of time; prepare email to Wellons. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 1/3/2006 | 1.00 | Long distance telephone conference regarding status of case; review file regarding settlement; review materials provided. |
| 1/6/2006 | 0.50 | Review docket; telephone conference with Wellons regarding settlement/case status. |
| 1/9/2006 | 1.30 | Review Order; prepare 30(b)(6) Deposition notice. |
| 1/10/2006 | 1.40 | Prepare 30(b)(6) deposition notice; interoffice conference; prepare letter to Wellons regarding same; review file. |
| 1/12/2006 | 1.60 | Multiple telephone conferences with plaintiffs regarding claims. |
| 1/12/2006 | 2.50 | Prepare calculations and prepare for settlement conference. |
| 1/13/2006 | 1.00 | Prepare damage memo; review file and prepare email to Henning. |
| 1/19/2006 | 3.80 | Telephone conference with Wellons; review file; interoffice conference regarding claims; prepare letter regarding same; long distance telephone conference with Henning. |
| 1/20/2006 | 3.90 | Prepare settlement proposal; interoffice conference regarding same. |
| 1/24/2006 | 0.20 | Office conference regarding settlement conference. |
| 1/25/2006 | 0.20 | Interoffice conference regarding potential settlement. |
| 1/26/2006 | 0.50 | Review settlement proposal; prepare email to Henning; interoffice conference regarding proposal. |
| 1/28/2006 | 0.30 | Review correspondence from plaintiffs. |
| 1/30/2006 | 0.20 | Prepare letter to Wellons. |
| 2/6/2006 | 0.20 | Telephone conference with Wellons. |
| 2/7/2006 | 0.30 | Telephone conference with Wellons; prepare email to Wellons. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 2/8/2006 | 0.50 | Prepare letter to Wellons; leave message with Wellons and send email regarding depositions; interoffice conference regarding same. |
| 2/15/2006 | 1.20 | Schedule deposition; prepare notice; prepare emails to opposing counsel; interoffice conference regarding mediation; long distance telephone conference with plaintiff. |
| 2/21/2006 | 2.50 | Prepare for depositions; telephone conference with opposing counsel; draft notice of depositions; interoffice conference regarding same. |
| 2/22/2006 | 1.70 | Telephone conference with Wellons re: depositions; prepare email re same; review docs and prepare for depositions. |
| 2/23/2006 | 3.90 | Prepare for deposition; prepare notice; review docs; telephone conference with Wellons. |
| 2/26/2006 | 5.60 | Prepare for deposition; review documents; research FLSA and OPM issues. |
| 2/27/2006 | 8.00 | Prepare for deposition; review docs; take 30(b)(6) deposition of Greely. |
| 2/28/2006 | 1.20 | Review file; prepare letter to Wellons re: discovery; interoffice conference re same. |
| 3/5/2006 | 0.20 | Review status and strategy for Wellons. |
| 3/6/2006 | 0.50 | Review email; review file. |
| 3/11/2006 | 0.40 | Review letter from Wellons. |
| 3/13/2006 | 0.50 | Review letter; prepare email to Wellons. |
| 3/14/2006 | 0.40 | Prepare notice of depositions. |
| 3/15/2006 | 0.20 | Prepare email to Wellons; telephone conference regarding same. |
| 3/21/2006 | 0.50 | Send out notice of depositions; telephone conference with Wellons. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 3/22/2006 | 5.10 | Research law on jurisdiction, FLSA, and offshore allowance; prepare letter to Wellons. |
| 3/23/2006 | 5.00 | Prepare letter; research issues; prepare for depositions; review docs; interoffice conference regarding strategy. |
| 3/24/2006 | 5.50 | Prepare for deposition; conduct deposition. |
| 3/30/2006 | 0.20 | Telephone conference with Wellons regarding discovery. |
| 3/31/2006 | 1.30 | Prepare letter; prepare motion regarding enlargement of time; telephone conference with Wellons; prepare email to plaintiff. |
| 4/3/2006 | 0.20 | Telephone conference with Clerk; review file. |
| 4/4/2006 | 0.30 | Prepare for status conference. |
| 4/5/2006 | 3.80 | Prepare for status conference; attend status conference; telephone conference with Wellons regarding settlement; prepare settlement proposal. |
| 4/7/2006 | 0.30 | Prepare email to plaintiff. |
| 4/8/2006 | 0.30 | Prepare email and settlement letter. |
| 4/9/2006 | 0.50 | Prepare settlement proposal letter. |
| 4/10/2006 | 1.30 | Prepare letter to Wellons; interoffice conference regarding settlement; long distance telephone conference with Henning. |
| 4/14/2006 | 0.20 | Review file; telephone conference with Wellons. |
| 4/17/2006 | 0.20 | Long distance telephone conference with Henning regarding proposal. |
| 4/19/2006 | 0.20 | Telephone conference with Wellons. |
| 4/20/2006 | 1.60 | Telephone conference with Wellons re settlement; long distance telephone conference with plaintiff re same; prepare calculations. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/24/2006 | 0.80 | Prepare damage memo; telephone conference with Wellons. |
| 5/2/2006 | 0.50 | Review message from Wellons; review file; prepare email to Henning. |
| 5/3/2006 | 0.70 | Review file; interoffice conference regarding settlement. |
| 5/8/2006 | 5.00 | Prepare settlement agreement; review docs and agreements. |
| 5/9/2006 | 2.00 | Prepare letter to Hipp; review and send settlement agreements; review drafted settlement agreement. |
| 5/10/2006 | 0.50 | Prepare settlement agreement; review docs. |
| 5/15/2006 | 1.10 | Review orders and status; telephone conference with opposing counsel; status conference with Judge Wheeler. |
| 5/19/2006 | 1.00 | Prepare status conference statement. |
| 5/26/2006 | 0.40 | Review file; prepare email to Hipp; review correspondence. |
| 5/30/2006 | 0.20 | Long distance telephone conference with Henning. |
| 6/1/2006 | 0.50 | Long distance telephone conference with plaintiff regarding settlement. |
| 6/2/2006 | 0.20 | Prepare email to Hipp re: settlement. |
| 6/5/2006 | 0.20 | Prepare email regarding settlement. |
| 6/9/2006 | 1.00 | Review file; telephone conference regarding settlement with DOJ. |
| 6/21/2006 | 1.00 | Review file; telephone conference regarding settlement with DOJ. |
| 6/22/2006 | 1.40 | Review file; long distance telephone conference with plaintiff; telephone conference with Hipp. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 6/23/2006 | 2.10 | Long distance telephone conference with plaintiff; telephone conference with DOJ regarding settlement; prepare lump sum calculations. |
| 6/26/2006 | 1.00 | Review lump sum damages calculations; prepare email to plaintiff; interoffice conference regarding same. |
| 6/27/2006 | 1.00 | Prepare calculations; long distance telephone conference with plaintiffs. |
| 6/28/2006 | 1.00 | Prepare lump sum calculations; long distance telephone conference with plaintiff and DOJ attorney. |
| 6/30/2006 | 1.30 | Prepare email and long distance telephone conference with plaintiff; telephone conference with Hipp regarding settlement. |
| 7/6/2006 | 0.30 | Long distance telephone conference with plaintiff. |
| 7/10/2006 | 0.70 | Telephone conference with Chambers and Hipp regarding status; long distance telephone conference with Henning regarding status. |
| 7/13/2006 | 1.00 | Prepare Motion for Extension of Time; long distance telephone conference with Hipp. |
| 7/18/2006 | 0.50 | Prepare email regarding status. |
| 7/20/2006 | 2.50 | Review calculations; review settlement proposal and damages memo; several telephone conferences with DOJ regarding same. |
| 7/21/2006 | 2.20 | Review calculations; prepare email regarding discrepancies. |
| 7/24/2006 | 0.30 | Long distance telephone conference with Henning. |
| 7/26/2006 | 1.00 | Review calculation sent by DOJ regarding damages. |
| 7/27/2006 | 3.80 | Review calculations; prepare letter and calculations and send to Hipp. |
| 7/31/2006 | 0.20 | Prepare email to Henning. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 8/4/2006 | 0.30 | Review file; prepare email to Hipp. |
| 8/9/2006 | 0.20 | Review file; telephone conference with Hipp. |
| 8/10/2006 | 1.70 | Telephone conference with Hipp; prepare for conference; review calculations and prepare same. |
| 8/11/2006 | 1.80 | Prepare for conference ; review file and calculations; meet with Hipp; interoffice conference regarding status. |
| 8/16/2006 | 0.20 | Review email from Hipp; reply to email regarding calculations. |
| 8/28/2006 | 0.20 | Telephone conference with Hipp. |
| 8/29/2006 | 0.80 | Prepare email to Hipp regarding settlement negotiations. |
| 8/31/2006 | 0.50 | Long distance telephone conference with plaintiff; review email from Agency. |
| 9/5/2006 | 0.20 | Telephone conference with Hipp. |
| 9/6/2006 | 0.60 | Review email from Hipp; prepare email regarding same. |
| 9/11/2006 | 1.50 | Review case law; prepare email to Hipp; telephone conference with Court. |
| 9/12/2006 | 0.40 | Prepare email to client; telephone conference with court chambers regarding status conference. |
| 9/13/2006 | 0.30 | Schedule status conference; telephone conference with Court and Hipp. |
| 9/19/2006 | 0.20 | Review file; prepare email to Hipp. |
| 9/23/2006 | 0.30 | Review cases from Hipp. |
| 9/27/2006 | 0.60 | Interoffice conference regarding settlement strategy; telephone conference with Hipp regarding the same. |
| 9/28/2006 | 0.30 | Long distance telephone conference with Henning. |
| 10/3/2006 | 0.60 | Prepare letter to Hipp regarding settlement. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/5/2006 | 0.20 | Prepare email to Hipp regarding status. |
| 10/10/2006 | 0.40 | Review email from agency and review file. |
| 10/11/2006 | 2.30 | Interoffice conference regarding case; prepare for status conference; review file and prepare notes on oral presentation. |
| 10/12/2006 | 2.40 | Prepare for status conference; interoffice conference regarding developments; attend status conference. |
| 10/19/2006 | 0.50 | Long distance telephone conference with plaintiff. |
| 10/23/2006 | 0.20 | Review file. |
| 10/25/2006 | 0.50 | Review documents and file. |
| 10/27/2006 | 0.40 | Long distance telephone conference with plaintiff. |
| 10/27/2006 | 2.50 | Review file; prepare facts for SJ motion; review depositions and exhibits. |
| 10/28/2006 | 5.40 | Prepare brief and facts. |
| 10/29/2006 | 3.70 | Prepare brief and research same. |
| 10/30/2006 | 4.00 | Prepare SJ motion; review file. |
| 10/31/2006 | 5.20 | Review file; review exhibits; research law; prepare brief; prepare facts. |
| 11/2/2006 | 10.30 | Prepare Summary Judgment brief, facts and interoffice conference regarding same. |
| 11/3/2006 | 0.30 | Review filing; review order; interoffice conference regarding same. |
| 11/8/2006 | 0.20 | Interoffice conference regarding trial. |
| 11/10/2006 | 0.50 | Review documents for evidence. |
| 11/13/2006 | 2.00 | Prepare motion to bifurcate; review file; telephone conference with Hipp. |
| 11/14/2006 | 0.50 | Telephone conference with Hipp; review file and his motion. |
| 11/16/2006 | 0.30 | Review file. |

Woodley & McGillivary

SERVICES PERFORMED BY
David Ricksecker
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 11/20/2006 | 7.50 | Review exhibits; prepare stipulated facts; witness list; statement of law and facts and prepare for trial. |
| 11/21/2006 | 3.20 | Prepare memorandum, exhibits and bifurcation memo. |
| 11/22/2006 | 1.20 | Prepare and file pretrial issues. |
| 11/26/2006 | 0.50 | Review agency filing; prepare email to plaintiff. |
| 11/28/2006 | 0.60 | Review email and telephone conference with Hipp; review exhibits. |
| 11/29/2006 | 0.30 | Long distance telephone conference with plaintiff Henning. |
| 12/1/2006 | 1.00 | Telephone conference with opposing counsel and Henning. |
| 12/4/2006 | 2.50 | Review Government's brief; long distance telephone conference on same. |
| 12/7/2006 | 7.90 | Prepare and attend status conference with Judge; prepare pay calculations and prepare for trial; interoffice conference regarding same. |
| 12/8/2006 | 4.60 | Prepare supplemental witness list; exhibit list; objection; long distance telephone conference with plaintiff; review briefs; interoffice conference regarding trial strategy; review pay calculations; prepare email to Hipp. |
| 12/12/2006 | 3.40 | Review calculations; prepare for trial; prepare settlement proposal. |
| 12/13/2006 | 4.40 | Multiple telephone conferences with plaintiff and Hipp; prepare settlement emails and prepare for trial. |
| 12/14/2006 | 5.90 | Prepare for trial; prepare settlement agreement and demand letter. |
| 12/15/2006 | 5.00 | Prepare for trial. |
| 12/16/2006 | 4.40 | Prepare for trial. |
| 12/17/2006 | 13.60 | Prepare for trial; prepare opening, meet with witnesses; review exhibits. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 12/18/2006 | 10.60 | Prepare for trial; conduct trial; meet with plaintiffs following trial; interoffice conference on same. |
| 12/19/2006 | 1.20 | Interoffice conference regarding trial; review and analyze calculations. |
| 12/28/2006 | 0.30 | Long distance telephone conference with plaintiffs regarding case status and strategy. |
| 1/8/2007 | 0.40 | Review recent orders; prepare email to plaintiff. |
| 1/11/2007 | 0.50 | Interoffice conference on status. |
| 1/23/2007 | 1.00 | Review order; transcript. |
| 1/25/2007 | 0.80 | Review file; research brief. |
| 1/30/2007 | 1.00 | Prepare and research brief. |
| 1/31/2007 | 4.70 | Prepare and research post hearing brief; review transcript and exhibits. |
| 2/1/2007 | 11.30 | Prepare post hearing damages motion; research FLSA and back-pay act, leave and retirement issues, and jurisdiction. |
| 2/2/2007 | 6.40 | Prepare and file brief; review opposing brief. |
| 2/6/2007 | 0.80 | Review and analyze Government's Brief. |
| 2/13/2007 | 3.40 | Review calculation spreadsheets; research and analyze government's brief. |
| 2/15/2007 | 5.40 | Prepare and file reply brief; research same. |
| 2/21/2007 | 1.00 | Review and analyze opposing counsel's reply brief. |
| 3/7/2007 | 0.30 | Long distance telephone conference with plaintiff regarding case status. |
| 3/23/2007 | 0.20 | Review file; check status of case. |
| 3/28/2007 | 0.20 | Long distance telephone conference with plaintiff regarding case status. |
| 3/30/2007 | 0.20 | Long distance telephone conference with plaintiff regarding status. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 4/4/2007 | 0.20 | Long distance telephone conference with plaintiff regarding status. |
| 4/24/2007 | 0.20 | Review file and status. |
| 5/7/2007 | 0.30 | Long distance telephone conference with plaintiffs regarding status of case. |
| 5/24/2007 | 4.20 | Review and analyze decision; interoffice conference on same; prepare letter summarizing same. |
| 5/25/2007 | 1.00 | Long distance telephone conference with plaintiffs regarding decision. |
| 5/31/2007 | 1.00 | Prepare Schaitberger letter on decision; prepare email to Hipp. |
| 6/5/2007 | 4.00 | Prepare letter to plaintiffs; research OPM appeal of benefits. |
| 6/6/2007 | 1.90 | Prepare letter to Hipp; long distance telephone conference with Hipp; interoffice conference regarding calculations. |
| 6/7/2007 | 1.00 | Review file and documents and prepare letter to Hipp. |
| 6/8/2007 | 0.30 | Review file; review email from Hipp. |
| 6/13/2007 | 1.20 | Research OPM issues; prepare Complaint. |
| 6/14/2007 | 0.50 | Review OPM filing info. |
| 6/19/2007 | 0.20 | Long distance telephone conference with plaintiff. |
| 6/20/2007 | 1.00 | Review emails from Hipp; review file and research Navy or Army or DFAS or OPM claim. |
| 6/21/2007 | 1.70 | Prepare OPM claim for FFs. |
| 6/22/2007 | 1.70 | Review calculations and prepare OPM issue; review filing. |
| 6/27/2007 | 0.30 | Prepare and review emails regarding OPM. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 7/23/2007 | 1.50 | Prepare enlargement; long distance telephone conference with plaintiffs and Hipp regarding damages; review status and damage calculations. |
| 7/24/2007 | 1.00 | Interoffice conference on status; review calculations. |
| 7/26/2007 | 0.30 | Long distance telephone conference with plaintiff regarding damage calculations. |
| 7/30/2007 | 0.30 | Long distance telephone conference with plaintiffs. |
| 8/1/2007 | 0.20 | Prepare email to Hipp. |
| 8/7/2007 | 0.20 | Long distance telephone conference with Union; review emails regarding status. |
| 8/10/2007 | 0.20 | Review file; prepare email to Hipp. |
| 8/13/2007 | 0.40 | Prepare email to Hipp; review calculator for FEGLI. |
| 8/14/2007 | 2.20 | Review file and calculations; meet with Hipp. |
| 8/21/2007 | 1.30 | Review calculations and FEGLI information; long distance telephone conference with plaintiffs regarding same. |
| 8/22/2007 | 0.40 | Review calculations; prepare emails to Hipp. |
| 8/23/2007 | 1.80 | Review damages; interoffice conference on same; prepare emails to Hipp; review damages in meeting with Hipp; review stipulations and orders. |
| 8/24/2007 | 1.00 | Review calculations and prepare emails to Hipp regarding damages. |
| 8/27/2007 | 0.20 | Prepare email to Hipp on damages. |
| 8/28/2007 | 0.50 | Review calculations; telephone conference with Hipp. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 8/29/2007 | 0.30 | Review calcs; telephone conference with Hipp. |
| 8/30/2007 | 1.40 | Review docs to file; review calculations; prepare email to plaintiff; review filing. |
| 8/31/2007 | 0.80 | Prepare email to Hipp regarding settling and review filed docs; long distance telephone conference with Henning regarding damage amounts. |
| 9/7/2007 | 0.30 | Prepare email to Hipp regarding leave balances. |
| 9/17/2007 | 0.20 | Review email and prepare response to Hipp. |
| 9/21/2007 | 0.20 | Review orders and dates for stip. |
| 9/26/2007 | 0.20 | Prepare email to Hipp; review file. |
| 9/27/2007 | 0.50 | Review final stipulation; review filing; telephone conference with Hipp. |
| 10/1/2007 | 0.40 | Research attorney fee time limit; prepare email to Hipp regarding settlement. |
| 10/9/2007 | 2.00 | Prepare settlement agreement; prepare email to Hipp. |
| 10/17/2007 | 1.00 | Prepare email to Hipp regarding settlement fees and status. |
| 10/22/2007 | 3.90 | Research case law and fee petitions; interoffice conference on same; telephone message to Hipp; prepare fee petition. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/23/2007 | 2.60 | Prepare fee petition; research fees and case law; review order and decision. |
| 10/24/2007 | 4.40 | Prepare fee petition; multiple telephone and emails with DOJ; research case law. |
| 10/25/2007 | 2.00 | Research and prepare memo on fee petition. |
| 10/26/2007 | 1.40 | Prepare motion for enlargement and file; interoffice conference on same. |
| 10/30/2007 | 0.30 | Prepare email updating status to plaintiff. |
| 11/2/2007 | 0.20 | Review order from court. |
| 11/9/2007 | 0.20 | Prepare email to Hipp re: settlement offer. |
| 11/30/2007 | 0.10 | Prepare email after long distance telephone conference to Hipp. |
| 12/10/2007 | 0.10 | Long distance telephone conference re: settlement. |
| 12/11/2007 | 0.50 | Long distance telephone conference with Hipp; review fees and costs and settlement proposal. |
| 12/12/2007 | 1.00 | Prepare counter on attorney fees. |
| 12/13/2007 | 0.20 | Long distance telephone conference with opposing counsel. |
| 12/17/2007 | 1.00 | Prepare draft extension; telephone conference with Hipp. |
| 12/18/2007 | 0.90 | Prepare revised draft extension; prepare and review email to and from Hipp; file same. |
| 12/26/2007 | 0.30 | Interoffice conference on status; prepare email on same. |
| 12/31/2007 | 0.30 | Prepare email to Hipp re: Settlement. |
| 1/5/2008 | 0.20 | Prepare email to Hipp re: settlement. |
| 1/16/2008 | 0.20 | Prepare email to Hipp and long distance telephone conference on same. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**David Ricksecker**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 1/17/2008 | 0.70 | Telephone conference on settlement; review emails and prepare enlargement for fee petition. |
| 1/29/2008 | 0.30 | Prepare email to Hipp. |
| 2/1/2008 | 0.20 | Prepare email to Hipp and review file re: settlement. |
| 2/11/2008 | 1.40 | Telephone conference call with Hipp re settlement; prepare enlargement; prepare interoffice email re: settlement terms. |
| 2/12/2008 | 3.00 | Long distance telephone conference and prepare email re: settlement terms. |
| 2/13/2008 | 0.40 | Prepare email and long distance telephone conference to Hipp re: settlement. |
| 2/21/2008 | 0.20 | Long distance telephone conference call to Hipp re; settlement status. |
| 2/25/2008 | 0.30 | Long distance telephone conference to Hipp re status of settlement. |
| 2/26/2008 | 0.20 | Review file and prepare email to Hipp. |
| 3/6/2008 | 0.20 | Prepare email to Hipp. |
| 3/7/2008 | 0.20 | Long distance telephone conference to Hipp re status of settlement. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Victoria Kurak**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 5/19/2006 | 0.50 | File motion with court. |
| 12/8/2006 | 4.90 | Enter pay data for damage calculations. |
| 12/10/2006 | 3.90 | Enter pay data for damage calculations. |
| 12/11/2006 | 4.20 | Enter pay data for damage calculations. |
| 12/13/2006 | 4.00 | Input pay data for damage calculations. |
| 12/14/2006 | 2.00 | Enter pay data into database for damage calculations. |
| 12/18/2006 | 8.50 | Assist attorney at trial. |

**Woodley & McGillivary**

**SERVICES PERFORMED BY**
**Keith Nickerson**
*Report Period: 07/24/2004 to 03/12/2008*

IAFF
Local F-33 Overtime Suit

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 12/7/2006 | 4.70 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/8/2006 | 7.80 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/9/2006 | 3.20 | Prepare damages calculations. |
| 12/10/2006 | 3.70 | Prepare damages calculations. |
| 12/11/2006 | 5.90 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/12/2006 | 2.90 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/13/2006 | 2.50 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/14/2006 | 4.80 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/15/2006 | 8.80 | Office discussion regarding case strategy; prepare damages calculations; office discussion regarding damages methodology. |
| 12/17/2006 | 1.50 | Prepare for trial; meet to discuss damages calculations. |
| 12/18/2006 | 7.80 | Participate in trial. |
| 6/6/2007 | 2.10 | Review plaintiff data; office discussion regarding data. |
| 6/22/2007 | 2.00 | Revise damage calculations and review plaintiff data. |
| 6/25/2007 | 0.90 | Office discussion regarding plaintiff damages calculations; prepare memo regarding damages calculations. |