IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY**

Defendant, the United States, respectfully requests that the Court stay all proceedings in this case for 30 days, until June 4, 2008. Counsel for plaintiffs has authorized to state that plaintiffs do not oppose this motion.

The last remaining issue in this case is plaintiff's application for attorney fees and expenses. The attorney general's designated representative has accepted a settlement offer from the plaintiffs concerning that issue. We request that this case be stayed for 30 days, during which time the parties will prepare and execute a settlement agreement.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a stay.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

May 5, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 5, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp