# In the United States Court of Federal Claims

No. 04-1575C

(Filed: May 6, 2008)

| | |
|---|---|
| ************************************** | * |
| | * |
| TIMOTHY T. AGEE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**ORDER**

On May 5, 2008, Defendant filed an unopposed motion to stay all proceedings in this case for 30 days. For good cause shown, Defendant's motion is GRANTED and the deadline for Defendant's response to Plaintiffs' petition for attorneys fees is suspended. If the parties are unable to execute a settlement agreement prior to the end of this stay, Defendant's response shall be filed on or before June 4, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge