IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY T. AGEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-1575C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY**

Defendant, the United States, respectfully requests that the Court stay all proceedings in this case until June 20, 2008. Counsel for plaintiffs has authorized us to state that plaintiffs do not oppose this motion.

The parties previously advised the Court that the parties have settled the last remaining issue in this case, which was plaintiff's application for attorney fees and expenses. Trial counsel for the parties have prepared a draft agreement that memorializes the settlement, which plaintiff's counsel will submit for his client's approval and which defendant's counsel will submit for supervisory review. The parties intend to execute the final agreement by no later than June 19, 2008, and to stipulate to the dismissal of this case by no later than June 20, 2008. For these reasons, the defendant respectfully requests that this case be stayed until June 20, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
by s/ Kirk T. Manhardt
TODD M. HUGHES
Deputy Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 307-0972

June 10, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 10, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp