# In the United States Court of Federal Claims

No. 04-1575C

(Filed: June 11, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| TIMOTHY T. AGEE et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**ORDER**

On June 10, 2008, Defendant filed an unopposed motion to stay all proceedings in this case for ten days. For good cause shown, Defendant's motion is GRANTED and the deadline for Defendant's response to Plaintiffs' petition for attorneys fees is suspended. If the parties are unable to execute a settlement agreement prior to the end of this stay, Defendant's response shall be filed on or before June 20, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge