IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AGEE, TIMOTHY T., et al. | ) | |
| Plaintiffs, | ) | CASE NO: 04-1575C<br>Judge Wheeler |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL AND WITHDRAWAL OF PLAINTIFFS' MOTION FOR REASONABLE COSTS, EXPENSES AND ATTORNEYS' FEES**

As a settlement agreement on all remaining issues has been reached between the parties, the plaintiffs hereby file this Stipulation of Dismissal and withdraw the Plaintiffs' Motion For Reasonable Costs, Expenses and Attorneys' Fees filed on April 4, 2008.

Respectfully submitted,

Dated: June _26, 2008

___s/David Ricksecker___________

David Ricksecker
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Attorney of Record

Thomas A. Woodley
Gregory K. McGillivary
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 (Telephone)
(202) 452-1090 (Facsimile)

Of Counsel

## CERTIFICATE OF FILING

I hereby certify that on June 26, 2008, a copy of the foregoing "Stipulation of Dismissal and Withdrawal of Plaintiffs' Motion for Reasonable Attorneys' Fees, Costs and Expenses" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David Ricksecker